**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| In re: | Case No. 25-10054-ELG |
|---|---|
| Wendell Webster<br>Plaintiff | Chapter 7 |

## NOTICE OF CASE FILING DEFICIENCY

**To Debtor(s) and/or Debtor's Attorney:**

The above captioned case was filed on 12/14/2025 without all of required document(s), information, and/or fees as forth herein.

**NOTICE IS HEREBY GIVEN that the Debtor(s) and/or Debtor's attorney must** (i) file the deficient documents indicated below and/or pay the associated fee **not later than three (3) days after the issuance of this notice**; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) if applicable, timely file a motion for an extension of time. If the Debtor is pro se and does not receive electronic notices, the notice period set forth herein commences three (3) days after the notice is mailed. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☐ | Statement About Your Social Security Numbers (Official Form 121) |
| ☐ | Signature of Attorney on Petition (Official Form 101) |
| ☐ | Signature of Debtor(s) on Petition (Official Form 101) |
| ☐ | List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 104) |
| ☐ | List of Creditors which must include the name, mailing address, and zip code of each creditor included or to be included in Schedules D, E/F, G, and H (via the NextGen CM/ECF or in a format specified by the Clerk of the Court) |
| ☐ | Debtor's physical street address must be provided in addition to any post office box address (Official Form 101) |
| ☐ | Statement of Compliance with Credit Counseling Requirement. |
| ☐ | A filing fee of $\_\_ is required with this filing. |
| ☐ | Payment submitted with the filing was not a permissible form of payment. *See* Local Rule 1006-1(a). |
| ☐ | Part\_\_\_\_ of the Petition is incomplete (Official Form 101) |
| ☐ | Other: |

**NOTICE IS HEREBY GIVEN that the Debtor(s) and/or Debtor's attorney must by : 12/31/2025** (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. If the Debtor is pro se and does not receive electronic notices, the notice period set forth herein commences three (3) days after the notice is mailed. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☐ | Summary of Assets and Liabilities for Individuals (Form 106Sum) |
| ☐ | Schedule A/B: Property (Official Form 106A/B) |
| ☐ | Schedule C: The Property You Claim as Exempt (Official Form 106C) |
| ☐ | Schedule D: Creditors Who Hold Claims Secured by Property (Official Form 106D) |
| ☐ | Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F) |
| ☐ | Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G) |
| ☐ | Schedule H: Your Codebtors (Official Form 106H) |
| ☐ | Schedule I: Your Income (Official Form 106I) |

|   |   |
|---|---|
| ☐ | Schedule J: Your Expenses (Official Form 106J) |
| ☐ | Declaration About an Individual Debtor's Schedules (Official Form 106Dec) |
| ☐ | Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107) |
| ☐ | Chapter 7 Statement of Your Current Monthly Income (Official Form 122A−1) |
| ☐ | Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A−1 Supp) |
| ☐ | Chapter 7 Means Test Calculation (Official Form 122A−2) |
| ☐ | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C−1) |
| ☐ | Chapter 13 Calculation of Your Disposable Income (Official Form 122C−2) |
| ☐ | Local Official Form 104: Chapter 13 Plan & Notice of Deadline to Object to Confirmation |
| ☐ | Chapter 11 Statement of Your Current Monthly Income (Official Form 122B) |
| ☐ | Local Official Form 102 (Disclosure of Compensation of Attorney for Debtor) |
| ☐ | Certificate of Credit Counseling |
| ☐ | A schedule of unpaid debts incurred after commencement of the original bankruptcy case, and a list of creditors as required under Local Bankruptcy Rule 1007-1(a), or a certification that no unpaid debts have been incurred since the commencement of the case. |
| ☒ | Other: A NOTICE OF DEFERED FILING FEE IS REQUIRED. |

**NOTICE IS HEREBY GIVEN that the Debtor(s) and/or Debtor's attorney must** by ___ : (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. If the Debtor is pro se and does not receive electronic notices, the notice period set forth herein commences three (3) days after the notice is mailed. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

|   |   |
|---|---|
| ☐ | The most recent balance sheet or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☐ | The most recent statement of operations or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☐ | The most recent balance sheet or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☐ | The most recent cash-flow statement or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☐ | The most recent federal income tax return or statement pursuant to 11 U.S.C. § 1116(1)(B). |

**NOTICE IS HEREBY GIVEN that the Debtor(s) and/or Debtor's attorney must by: 01/17/2026** (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. If the Debtor is pro se and does not receive electronic notices, the notice period set forth herein commences three (3) days after the notice is mailed. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

|   |   |
|---|---|
| ☐ | Statement of Intention For Individuals (Official Form 108) *(The statement of intention must be filed by the earlier of (1) thirty (30) days after the petition date, or (2) the meeting of creditors)* |

For the Court:
Angela D. Caesar
BY: MB
Dated: 12/09/2025

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

ATTENTION DEBTORS: Receive your court notices and orders by e-mail through the DeBN program. Same−day delivery. Convenient Access. Free. Go to www.dcb.uscourts.gov for more information and to download the request form.

United States Bankruptcy Court

District of Columbia

Webster,
    Plaintiff

Adv. Proc. No. 25-10054-ELG

Square Funding LLC d/b/a Square Advance,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 17, 2025 | Form ID: pdf001 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Dec 17 2025 22:11:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| pla | + Email/Text: wwebster@websterfredrickson.com | Dec 17 2025 22:11:00 | Wendell Webster, 1101 Connecticut Avenue, NW, Suite 402, Washington, DC 20036-4303 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Plaintiff Wendell Webster mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 1