The order below is hereby signed.

Signed: March 9 2026

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WENDELL WEBSTER, in his official capacity as chapter 7 trustee and as assignee of Industrial Bank and Nationwide Mutual Insurance Company | ) ) ) ) | Adv. Case No. 25-10054-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SQUARE FUNDING LLC d/b/a SQUARE ADVANCE | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### SCHEDULING ORDER

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in this Adversary Proceeding.

1. **Discovery**. Unless modified by order of this court, the following discovery deadlines apply:

1

    a. The deadline for the parties to complete discovery is July 13, 2026. All written discovery requests, including interrogatories, requests for production, and depositions, upon written questions shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline.

    b. The parties shall make the disclosures of expert testimony required by Rule 7026(a)(2) of the Federal Rules of Bankruptcy Procedure no later than April 13, 2026, or, if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 7026(a)(2)(B) of the Federal Rules of Bankruptcy Procedure, on or before 30 days after the disclosure made by the other party.

2. **Waiver of Rule 26(a)(1) Disclosures**. To the extent applicable, the parties have agreed to waive the making of disclosures under Federal Rule of Civil Procedure 26(a)(1) and Federal Rule of Bankruptcy Procedure 7026, but any party may seek such information through discovery.

3. **Final Pretrial Conference**. A final pretrial conference ("Final Pretrial Conference") will be held on September 23, 2026 at 10:00 am via hybrid hearing, at which a trial date will be scheduled, and deadlines set for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements.

4. **Settlement Conference**. Counsel and/or unrepresented parties shall hold at least one settlement conference after the discovery deadline and before the Final Pretrial Conference to try to settle this matter.

5. **Summary Judgment or Other Dispositive Motions**. All motions for summary judgment or other dispositive motions shall be filed on or before August 12, 2026, responses shall

be filed on or before September 2, 2026, and replies, if any, shall be filed or before September 16, 2026.

6. **Joinder of Other Parties**. Motions for joinder of parties shall be filed no later than 30 days prior to the Final Pretrial Conference.

7. **Demand for Jury Trial**. All motions, pleadings, or other documents filed to demand a trial by jury shall be filed within 14 days of entry of this Order.

8. **Availability of Mediation**. Pursuant to Local Civil Rule 84.4 of the Local Rules of the United States District Court for the District of Columbia, this case may be assigned to the Mediation Program by joint request of the parties at any time sufficiently in advance of a scheduled trial as to not delay the trial or by the Court at either the initial or final pretrial conference. To request mediation, the parties must submit a consent order signed by all counsel (or by the parties themselves, if not represented by counsel) requesting referral to the Mediation Program. Pursuant to Local Civil Rule 84.5, after entry of an order referring a case to mediation, the mediation staff will appoint from the Court's panel a mediator who is available during the appropriate period and who has confirmed, following such inquiry as may be appropriate, that no personal or professional conflict precludes his/her participation as mediator. The Circuit Executive's Office will notify the parties of the appointment. The Local Civil Rules governing the Mediation Program shall apply to all matters assigned to the Mediation Program and the parties are encouraged to familiarize themselves with the same.

9. **Settlement**. If the parties reach a settlement, they shall file a motion pursuant to Bankruptcy Rule 9019 requesting approval of the settlement pursuant to Local Bankruptcy Rule 9019-1.

3

10. **Jurisdiction**. The parties, by endorsing this order, consent to the entry of final orders by the Bankruptcy Court.

**END OF ORDER**

We ask for this:

/s/ Maurice B. VerStandig
Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com

*Special Counsel for Wendell Webster in*
*His Official Capacity as Chapter 7 Trustee*


/s/ Christopher A. Jones (signed w/ express permission)
Christopher A. Jones, Esq.
Bar No. VA030
Whiteford Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
(703) 280-9263
cajones@whitefordlaw.com

Shanna M. Kaminski, Esq.
Kaminski Law, PLLC
*Court Admission Pending*
P.O. Box 247
Grass Lake, MI 49240
(248) 462-7111 (telephone)
Email: skaminski@kaminskilawpllc.com

*Counsel for Square Funding, LLC*

United States Bankruptcy Court
District of Columbia

Webster,
    Plaintiff

Adv. Proc. No. 25-10054-ELG

Square Funding LLC d/b/a Square Advance,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2026 | Form ID: pdf001 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| dft | + | Square Funding LLC d/b/a Square Advance, 7 Sherwood Drive, Lakewood, NJ 08701-5222 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Mar 09 2026 22:00:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Mar 09 2026 22:00:15 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2026 22:00:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Mar 09 2026 22:00:22 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Mar 09 2026 22:00:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Mar 09 2026 22:00:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 09 2026 22:00:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| pla | + | Email/Text: wwebster@websterfredrickson.com | Mar 09 2026 22:00:00 | Wendell Webster, 1101 Connecticut Avenue, NW, Suite 402, Washington, DC 20036-4303 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 09, 2026 | Form ID: pdf001 | Total Noticed: 11 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A Jones | on behalf of Defendant Square Funding LLC d/b/a Square Advance cajones@whitefordlaw.com clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com |
| Maurice Belmont VerStandig | on behalf of Plaintiff Wendell Webster mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 2