SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

----------------------------------------------------------------------------x

SQUARE FUNDING LLC D/B/A SQUARE ADVANCE,

INDEX NO: 603532/2024

Plaintiff,

-against-

**STIPULATION OF**
**DISCONTINUANCE**
**WITHOUT PREJUDICE**

WALSH ROOFING SERVICES OF TAMPA BAY, LLC D/B/A
WALSH ROOFING SERVICES, 1211 EAST LLC, IAC
ECOMMERCE LLC, SCM ROOFING OF FLORIDA INC,
WALSH RESIDENTIAL SERVICES LLC, WALSH ROOFING
SERVICES LLC and THOMAS JOSEPH WALSH JR,

Defendants.

----------------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for the parties in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued without prejudice as against all parties, including all complaints, cross-claims and counterclaims, if any, without costs to any party as against the other. Electronic copies of this stipulation shall have the same effect as an original. This stipulation may be filed without further notice with the clerk of the court.

DATED:        February 25, 2025

s/ David Fogel _____ ____
DAVID FOGEL P.C
David Fogel, Esq.
1225 Franklin Avenue
Suite 201
Garden City, New York 11530
Tel: 516-279-1420
*Attorneys for Plaintiff*
File No.: 21889

FEDER BUSINESS LAW FIRM
Sanford J. Feder, Esq.
96 Andover Road
Jackson, NJ 08527
Tel: (646) 753-1104
*Attorneys for Defendant(s) WALSH ROOFING*
*SERVICES OF TAMPA BAY, LLC d/b/a WALSH*
*ROOFING SERVICES, 1211 EAST LLC, IAC*
*ECOMMERCE LLC, SCM ROOFING OF*
*FLORIDA INC, WALSH RESIDENTIAL*
*SERVICES LLC, WALSH ROOFING SERVICES*
*LLC and THOMAS JOSEPH WALSH JR*