

**Advance Smart**

We advance smart capital.

2264 Silas Deane Highway Rocky Hill, CT. 06067 2nd Floor
Toll Free: 855-Biz-Smart (855.249.7627) Fax: 855.286.8488
www.AdvanceSmart.com

## Advance Smart Application for Financing

Date: 5-13-19    Referred by: _____

### Applicant Information

**Legal Business Name:** BROUGHTON CONSTRUCTION COMPANY,LLC

**Doing Business As:** BROUGHTON CONSTRUCTION COMPANY,LLC

**Physical Address:** 4832 NANNIE HELEN BURROUGHS AVE NE

**City, State, Zip:** Washington DC    **Federal Tax ID:** 11-3768300

**Telephone No:** 3012524536    **Own/Lease:** ☑ Own  ☐ Lease

**Facsimile No:** 202-589-0066    **E-Mail:** Cstringer@broughtonconstruction.com

**Accountant:** Caldwell & Associates    **Accountant's Phone:** 301-941-8090

**Legal Entity Type:** ☐ Corporation  ☑ Limited Liability Company
☐ General Partnership  ☐ Limited Partnership  ☐ Sole Proprietorship

# of years under the <u>Current</u> Management: __14__ years    State of Incorporation/Organization: DC

**Type/Description of Business:** BROUGHTON CONSTRUCTION COMPANY,LLC

Additional Location Address if Any: _____

**Landlord/Mortgage Co:** DC    Telephone No: 3012524536

Current Term: From: _____ To: _____    Monthly Pmt $: 3200.00

Option to Renew: # of Options: _____ Years: _____    Payment Current? : ☑ Yes ☐ No

Approx. Square Footage: 14000    # of Employees: 33

**Average Monthly Sales Info:**    Cash/Check $ 350 ,000.⁰⁰    Amex $ _____ ,000.⁰⁰

(Round to the nearest thousands)    VS/MC $ 75 ,000.⁰⁰    Other $ _____ ,000.⁰⁰

Is Your Business Seasonal? : ☐ Yes ☑ No    Month High Season Begins and Ends: _____ to _____

**Name of the Credit Card Processor:** Merchant    Telephone No: _____

# of Credit Card Terminals at this Location: 1    Does the Applicant have Multiple Merchant Accounts : ☐ Yes ☑ No

Name of P.O.S. if Any: _____    P.O.S. Vendor Phone No: _____

Has Applicant or any of its Affiliates ever been in Bankruptcy? : ☐ Yes ☑ No    State: _____

Are any Judgments, Suits or Liens Pending against the Applicant? : ☐ Yes ☐ No

### Financing Information

**Desired Amount :** $ 400 ,000.⁰⁰    **Minimum Amount of the Request:** $ 300 ,000.⁰⁰

**Purpose of Proceeds:** Working Capitol , Material Purchases , New Hire

Does the Applicant Currently have Outstanding Advance with other **Cash Advance/Funding Companies?** : ☑ Yes ☐ No

Name of the Cash Advance Company: Business Backer    Date of Funding: 3/1/2019

Original Funding Amount: $250,000    Current Balance: $131,000    Daily Holdback %: _____ %



**Advance Smart**
We advance smart capital.

2264 Silas Deane Highway Rocky Hill, CT. 06067 2nd Floor
Toll Free: 855-Biz-Smart (855.249.7627) Fax: 855.286.8488
www.AdvanceSmart.com

Does the Applicant Currently have Outstanding Loan with **Traditional Banks/SBA Lender?** : ☑ Yes ☐ No

Name of the Bank: **Industrial Bank**                              Date of Loan: 7/2018

Original Loan Amount: **1,260,000**    Current Balance: **1,100.00**    Due Date: Annual renewal

## Banking Information

Name of the Bank: **M & T Bank**

Routing Number: **052000113**                    Account Number: ███████

Contact Name: **Vickie Meja**                      Contact Phone No: **301-952-5746**

The information contained in this application is provided to   Advance Smart, LLC / ASC   for the purpose of obtaining, or maintaining credit with ASC for the Applicant. The Applicant understands that ASC is relying on this information in deciding to grant or continue credit to the Applicant.  The Applicant represents and warrants that the information provided is true and complete. ASC may consider this loan application to be true and correct until we notify the Applicant in writing of a change. ASC its assigns, agents, banks, or financial institution is authorized to make all inquires necessary to verify the accuracy of these statements and to determine the Applicant's and the principal owner's credit worthiness.  ASC its assigns, agents, banks, or financial institution is authorized to answer questions about  ASC credit experience with the Applicant.

Agreed & Accepted

### Principal #1

| | | |
|---|---|---|
| Name: | **CASEY STRINGER** | Date of Birth: **10/22/1961** |
| Title: | **Managing Member** | Social Security Number: ███████ |
| Residence Address: | **1821 SUDBURY LN NW** | Residence Phone: **3012524536** |
| City, State, ZIP: | **Washington** | Cell Phone: **3012524536** |
| Length at Residence: | **10** Years ___ Months | Ownership Percentage: **100** % |
| Signature: | *Casey Stringer* | Date: **5/13/19** |

Email: Cstringer@broughtonconstruction.com

### #2

| | | |
|---|---|---|
| Name: | | Date of Birth: |
| Title: | | Social Security Number: |
| Residence Address: | | Residence Phone: |
| City, State, ZIP: | | Cell Phone: |
| Length at Residence: | Years ___ Months | Ownership Percentage: ___ % |
| Signature: | *Casey Stringer* | Date: |

Email: Cstringer@broughtonconstruction.com