Company Name: A-Frame Building Consultants
Street Address: 15912-B CRAIN HIGHWAY SUITE 410
City: Brandywine
State: Maryland
Zip: 20613
Business Phone #: 202-427-3419
Contact First Name: Jason
Contact Last Name: Munson
Contact Email Address: jmunson@aframebc.com

(1) Officer First Name: Jason
(1) Officer Last Name: Munson
(1) Email Address: jmunson@aframebc.com
(1) Date of Birth: ███████
(1) Ownership %: 100
(1) Social Security #: ███████
(1) City: Oxon Hill
(1) State: MD
(1) Zip: 20745

(2) Ownership %: 0

(3) Ownership %: 0

(4) Ownership %: 0

(5) Ownership %: 0
What are you looking for?: Working Capital

Equipment Cost: 15000

I hereby authorize the release of business and/or personal credit information to Taycor Financial, its affiliates, partners, or assignees (1) from any source including credit bureau reporting agencies and my bank for the purpose of extending credit, (2) and to any credit reporting agency.

Additionally I hereby authorize the release of my application without notice, to any other non-related potential lending sources for consideration of approval of credit. I hereby represent all information is true, correct and complete.

A photo static and/or facsimile copy of this authorization shall be valid as the original. Submission of this form is consent that information transmitted via the Internet carries with it inherent risk when done via an unsecured network connection. Signature below must be done by only an authorized member and must be 18 years of age or older.

(1) Authorized Signer: Jason Munson
Federal Tax ID: ███████

PROCESSED: Fri, 30 Sep 2022
IP ADDRESS: 2601:14c:282:4790:7815:b7f8:2ec9:afb2