In THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-00378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WENDELL WEBSTER, in his official capacity as chapter 7 trustee and as assignee of Industrial Bank and Nationwide Mutual Insurance Company | ) ) ) ) | Adv. Case No. 25-10055-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CFG MERCHANT SOLUTIONS, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

# EXPERT REPORT OF
# LAUREN P. BERRET, JD, CPA
# MANAGING DIRECTOR – EISNER ADVISORY GROUP LLC

April 13, 2026

Lauren P. Berret, JD, CPA
Eisner Advisory Group LLC
One Logan Square
130 North 18th Street, Suite 3000
Philadelphia, PA 19103
M: 610.413.8792
E: lauren.berret@eisneramper.com

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

### TABLE OF CONTENTS

I.   Retention and Scope ……………………………………………………… 4
    A.  Retention ……………………………………………………… 4
    B.  Scope ……………………………………………………… 4
    C.  Qualifications ……………………………………………………… 4
    D.  Fees and Invoices ……………………………………………………… 5
    E.  Documents Relied Upon ……………………………………………… 5
    F.  Qualifying Language ……………………………………………… 5
II.  Background ……………………………………………………… 6
    A.  Parties ……………………………………………………… 6
        1.  Broughton Construction Co., LLC ………………………………… 6
        2.  CFG Merchant Solutions, LLC ………………………………… 6
    B.  CFG Purchase Agreements ……………………………………… 7
        1.  May 2019 Agreement ……………………………………… 8
        2.  July 2019 Agreement ……………………………………… 8
        3.  August 2019 Agreement ………………………………… 9
        4.  October 2022 Agreement ………………………………… 10
III. Methodology and Overview …………………………………………… 11
IV.  Financial Condition ……………………………………………… 11
    A.  Summary of Financing Agreements …………………………… 11
        1.  Industrial Bank Loans…………………………………… 12
            a.  2017 Line of Credit ………………………………… 12
            b.  2018 Term Loan …………………………………… 13
            c.  2022 Line of Credit ………………………………… 14
        2.  Merchant Cash Advances …………………………………… 14
            a.  CloudFund LLC / Delta Bridge Funding LLC ……………… 15
            b.  Square Funding LLC d/b/a Square Advance …………… 15
        3.  Automobile Loans ……………………………………… 16
        4.  Credit Card Obligations ………………………………… 17
        5.  Other Financing Obligations …………………………… 17
    B.  Financial Information ……………………………………… 18
        1.  Analysis of Cash Receipts and Disbursements ……………… 18
        2.  Federal Income Tax Returns ………………………………… 18
        3.  Bankruptcy Schedules ……………………………………… 19
V.   Reasonably Equivalent Value……………………………………… 19
    A.  May 2019 Agreement ……………………………………… 20
        1.  Overview of the Transaction ………………………………… 20
        2.  Comparison of Value Exchanged ……………………………… 20
        3.  Cost of Debt …………………………………………… 21
        4.  Daily Remittance Obligations…………………………………… 21
        5.  Actual Funding and Repayment Activity …………………… 22
        6.  Summary of Economic Impact and Reasonably Equivalent Value …… 22
    B.  July 2019 Agreement ……………………………………… 23
        1.  Overview of the Transaction ………………………………… 23
        2.  Comparison of Value Exchanged ……………………………… 23

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

|  |  |  |
|---|---|---|
| 3. | Cost of Debt | 23 |
| 4. | Daily Remittance Obligations | 24 |
| 5. | Actual Funding and Repayment Activity | 25 |
| 6. | Summary of Economic Impact and Reasonably Equivalent Value | 25 |
| C. | August 2019 Agreement | 26 |
| 1. | Overview of the Transaction | 26 |
| 2. | Comparison of Value Exchanged | 26 |
| 3. | Cost of Debt | 27 |
| 4. | Daily Remittance Obligations | 27 |
| 5. | Actual Funding and Repayment Activity | 28 |
| 6. | Summary of Economic Impact and Reasonably Equivalent Value | 29 |
| D. | October 2022 Agreement | 29 |
| 1. | Overview of the Transaction | 29 |
| 2. | Comparison of Value Exchanged | 30 |
| 3. | Cost of Debt | 30 |
| 4. | Weekly Remittance Obligations | 31 |
| 5. | Actual Funding and Repayment Activity | 32 |
| 6. | Summary of Economic Impact and Reasonably Equivalent Value | 32 |
| E. | Additional Agreements | 33 |
| VI. | Conclusion | 34 |

**LIST OF TABLES**

Table 1.       Summary of CFG Purchase Agreements       7

**APPENDICES**

Appendix A.  Curriculum Vitae of Lauren P. Berret
Appendix B.  Documents Relied Upon

**EXHIBITS**

Exhibit 1.      Summary of Monthly Deposits and Withdrawals for M&T Bank account ending in 4250 for the period of January 1, 2019, to August 15, 2023.
Exhibit 2.      Summary of Deposits and Withdrawals related to CFG Merchant Solutions, LLC for the period of January 1, 2019, to August 15, 2023.

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

## I.    RETENTION AND SCOPE

### A.  Retention

I, Lauren P. Berret, am a Managing Director at Eisner Advisory Group LLC ("EA

Group"), an international advisory firm.[1]  I, along with EA Group, were retained by Maurice

"Mac" VerStandig, Esq., and The VerStandig Law Firm, LLC, Special Counsel ("Special

Counsel") for Wendell W. Webster, Chapter 7 Trustee ("Chapter 7 Trustee") of the Bankruptcy

Estate of Broughton Construction Co., LLC ("Broughton" or the "Debtor"), by an engagement

letter dated March 19, 2026, to provide financial advisory and expert services in connection with

this matter.

### B.  Scope

In that capacity, I was asked to (i) analyze the Debtor's financial condition during the

relevant period, and (ii) evaluate whether reasonably equivalent value was received by the

Debtor in connection with the transactions at issue herein.

### C.  Qualifications

I am a Managing Director at EA Group, specializing in restructuring, turnaround, and

financial advisory services.  I have extensive experience advising distressed companies,

fiduciaries, and other stakeholders in connection with bankruptcy proceedings, receiverships, and

related matters.  My work frequently involves analyzing financial condition, liquidity, solvency,

and value in connection with complex transactions. A copy of my curriculum vitae, which

---

[1] "EisnerAmper" is the brand name under which EisnerAmper LLP and Eisner Advisory Group LLC provide
professional services. EisnerAmper LLP and Eisner Advisory Group LLC are independently owned firms that
practice in an alternative practice structure in accordance with the AICPA Code of Professional Conduct and
applicable law, regulations and professional standards. EisnerAmper LLP is a licensed CPA firm that provides attest
services, and Eisner Advisory Group LLC and its subsidiary entities provide tax and business consulting services.
Eisner Advisory Group LLC and its subsidiary entities are not licensed CPA firms.

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

includes a more detailed description of my experience and prior engagements, is attached as

**Appendix A**.

### D. Fees and Invoices

EA Group is compensated for my time at $750.00 per hour.  EA Group professionals

utilized on this matter under my direction and supervision are compensated at hourly rates

ranging from $245.00 to $995.00.  Compensation to EA Group or me is not contingent in any

way upon the outcome of this matter.

### E. Documents Relied Upon

In the course of my analysis, I conducted a detailed review of documents from a variety

of sources related to the matters considered in this report, including the pleadings and other

papers filed with the Court, transaction documents, financial information, publicly available

information, and other documents made available to me.  A listing of documents relied upon is

presented in **Appendix B**.

### F. Qualifying Language

This report and the accompanying exhibits ("Report") are intended solely for use in

connection with this matter and may contain confidential information.  Any unauthorized use or

distribution of this Report or its attachments is strictly prohibited.  I reserve the right to

supplement or amend this Report upon learning of additional information that may impact the

findings or opinions stated herein.

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

## II.    BACKGROUND

### A. Parties

#### 1. <u>Broughton Construction Co., LLC</u>

Broughton Construction Co., LLC ("<u>Broughton</u>" or the "<u>Debtor</u>") was a General

Construction and Construction Management firm that specialized in site work, educational,

commercial, institutional, and tenant fit-out construction.[2]  Broughton is a limited liability

company, formed pursuant to the laws of the District of Columbia on or about September 11,

2006, by Casey Broughton Stringer ("<u>Mr. Stringer</u>").[3]  On December 15, 2023 ("<u>Petition Date</u>"),

Broughton filed a voluntary petition for relief under chapter 7 of title 11 of the United States

Code ("<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of Columbia

("<u>Bankruptcy Court</u>").[4]

#### 2. <u>CFG Merchant Solutions, LLC</u>

CFG Merchant Solutions, LLC ("<u>CFG</u>" or the "<u>Defendant</u>") is a limited liability

company, formed pursuant to the laws of the State of Delaware on or about May 18, 2015.[5]

Based on information and belief, CFG is in the business of providing capital access to small and

mid-sized businesses in the U.S.[6]

---

[2] BROUGHTON CONSTRUCTION COMPANY, INC. (March 24, 2026). *LinkedIn page*. LinkedIn.
https://www.linkedin.com/company/broughton-construction-llc/about/.
[3] *Id*. *See also* Government of the District of Columbia, Department of Licensing and Consumer Protection, Business
Entity Search, Broughton Construction Company, LLC, https://corponline.dlcp.dc.gov/homepage/business-search
(last accessed March 24, 2026).  On August 28, 2023, Mr. Stringer filed a voluntary petition for relief under chapter
7 of title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia.  *In re Casey
Broughton Stringer*, Case No. 23-00239 (Bankr. D.D.C.), Chapter 7 Voluntary Petition filed August 28, 2023.
[4] *In re Broughton Construction Co., LLC*, Case No. 23-00378 (Bankr. D.D.C.), Chapter 7 Voluntary Petition filed
December 15, 2023.
[5] State of Delaware, Department of State, Division of Corporations, Business Entity Search, CFG Merchant
Solutions, LLC, https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx. (last accessed April 6, 2026).
[6] CFG Merchant Solutions, LLC, https://cfgmerchantsolutions.com/about-us/ (last accessed April 6, 2026).

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

### B.  CFG Purchase Agreements

During the period of May 2019 through October 2022, CFG and the Debtor entered into a series of future receivables purchase and sale agreements.  As identified in the relevant pleadings, at least five, and upon information and belief, a total of six merchant cash advance agreements were entered into during the period of May 2019 through October 2022.[7]

For purposes of this Report, my analysis focuses on the transactions specifically identified in the pleadings, as summarized in the table below and described in more detail thereafter.  To the extent that information regarding additional transactions becomes available, I reserve the right to supplement or revise my analysis and opinions.

**Table 1. Summary of CFG Purchase Agreements**[8]

| Agreement | Date of Agreement | Amount Sold | Purchased % | Purchase Price | Net Funds Provided[9] | Daily Amount |
|---|---|---|---|---|---|---|
| May 2019 | 05/13/2019 | $108,000 | 10% | $75,000 | $71,221 | $1,139 |
| July 2019 | 07/26/2019 | $242,550 | 10% | $165,000 | $161,591 | $2,999 |
| Aug. 2019 | 08/29/2019 | $147,000 | 10% | $100,000 | $98,001 | $2,500 |
| Oct. 2022 | 10/31/2022 | $420,000 | 15% | $300,000 | $296,821 | $8,400[10] |
| **Total** | | **$917,550** | | **$640,000** | **$627,634** | |

---

[7] A review of the available records reflects at least eight agreements entered into on or about the following: May 2019, July 2019, August 2019, July 2021, February 2022, April 2022, August 2022, and October 2022. Additionally, based on the Debtor's M&T Bank records, Broughton also received incoming wires from CFG in January 2020, March 2020, April 2021, November 2021, and January 2023. *See* Complaint [Docket No. 1], *Wendell Webster v. CFG Merchant Solutions, LLC*, Adv. No. 25-10055-ELG, (Bankr. D.D.C.); Answer to Complaint [Docket No. 9], *Wendell Webster v. CFG Merchant Solutions, LLC*, Adv. No. 25-10055-ELG, (Bankr. D.D.C.); Complaint to Determine Dischargeability of Debt, [Docket No. 1], *Industrial Bank v. Casey Broughton Stringer*, Adv. No. 25-10034-ELG, (Bankr. D.D.C.), Ex. A, Ex. B, and Ex. C; Bank account statements for Broughton Construction Co., LLC, account ending in 4250, M&T Bank, for the period January 1, 2019, through August 31, 2023 (the "M&T Bank Account Statements").

[8] *See* Purchase Agreement between CFG Merchant Solutions, LLC, and Broughton Construction Company, LLC, dated May 13, 2019; Purchase Agreement between CFG Merchant Solutions, LLC, and Broughton Construction Company, LLC, dated July 26, 2019; Purchase Agreement between CFG Merchant Solutions, LLC, and Broughton Construction Company, LLC, dated August 29, 2019; Purchase Agreement between CFG Merchant Solutions, LLC, and Broughton Construction Company, LLC, dated October 31, 2022.

[9] Specified purchase price less fees.

[10] Pursuant to the October 2022 Agreement, the daily payments were to be collected at the end of each week, for a weekly amount of $42,000.00.

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

### 1. May 2019 Agreement

On May 13, 2019, CFG and Broughton entered into a Purchase Agreement ("May 2019 Agreement"). The May 2019 Agreement contemplated that CFG would provide Broughton with an upfront payment of $75,000.00 less additional fees of $3,779.00,[11] or $71,221.00.[12] In exchange, Broughton agreed to remit a total of $108,000.00, representing the dollar value of the future receipts being sold ("Amount Sold").[13]

The May 2019 Agreement specified that Broughton would remit 10.0% of its future receipts to CFG on a daily basis ("Purchased Percentage").[14] The May 2019 Agreement further provided for daily payments in the amount of approximately $1,139.00, which represented an approximation based on the "average monthly sales x Purchased Percentage / average business days in a calendar month."[15] Payments pursuant to the May 2019 Agreement were to continue until the Amount Sold was paid in full, subject to the terms and conditions set forth therein.[16]

### 2. July 2019 Agreement

On July 26, 2019, CFG and Broughton entered into a Purchase Agreement ("July 2019 Agreement"). The July 2019 contemplated that CFG would provide Broughton with an upfront payment of $165,000.00 less additional fees of $3,409.00,[17] or $161,591.00.[18] In exchange,

---

[11] $835.00 facility fee + $79.00 contract origination fee + $265.00 wire fee + $1,965.00 ACH program fee + $635.00 risk assessment fee = $3,779.00. *See* May 2019 Agreement.
[12] May 2019 Agreement.
[13] *Id.*
[14] *Id.*
[15] *Id.*
[16] *Id.*
[17] $835.00 facility fee + $79.00 contract origination fee + $335.00 wire fee + $1,495.00 ACH program fee + $665.00 risk assessment fee = $3,409.00. *See* July 2019 Agreement.
[18] July 2019 Agreement.

Broughton agreed to remit a total of $242,550.00, representing the dollar value of the future receipts being sold ("Amount Sold").[19]

The July 2019 Agreement specified that Broughton would remit 10.0% of its future receipts to CFG on a daily basis ("Purchased Percentage").[20] The July 2019 Agreement further provided for daily payments in the amount of approximately $2,999.00, which represented an approximation based on the "average monthly sales x Purchased Percentage / average business days in a calendar month."[21] Payments pursuant to the July 2019 Agreement were to continue until the Amount Sold was paid in full, subject to the terms and conditions set forth therein.[22]

### 3.  August 2019 Agreement

On August 29, 2019, CFG and Broughton entered into a Purchase Agreement ("August 2019 Agreement"). The August 2019 Agreement contemplated that CFG would provide Broughton with an upfront payment of $100,000.00 less additional fees of $1,999.00,[23] or $98,001.00.[24] In exchange, Broughton agreed to remit a total of $147,000.00, representing the dollar value of the future receipts being sold ("Amount Sold").[25]

The August 2019 Agreement specified that Broughton would remit 10.0% of its future receipts to CFG on a daily basis ("Purchased Percentage").[26] The August 2019 Agreement further provided for daily payments in the amount of approximately $2,500.00, which represented an approximation based on the "average monthly sales x Purchased Percentage /

---

[19] *Id.*
[20] *Id.*
[21] *Id.*
[22] *Id.*
[23] $500.00 facility fee + $79.00 contract origination fee + $20.00 wire fee + $500.00 ACH program fee + $900.00 risk assessment fee = $1,999.00. *See* August 2019 Agreement.
[24] August 2019 Agreement.
[25] *Id.*
[26] *Id.*

average business days in a calendar month."[27]  Payments pursuant to the August 2019

Agreement were to continue until the Amount Sold was paid in full, subject to the terms and

conditions set forth therein.[28]

### 4. October 2022 Agreement

On October 31, 2022, CFG and Broughton entered into a Purchase Agreement ("October

2022 Agreement").  The October 2022 Agreement contemplated that CFG would provide

Broughton with an upfront payment of $300,000.00 less additional fees of $3,179.00,[29] or

$296,821.00.[30]  In exchange, Broughton agreed to remit a total of $420,000.00, representing the

dollar value of the future receipts being sold ("Amount Sold").[31]

The October 2022 Agreement specified that Broughton would remit 15.0% of its future

receipts to CFG on a daily basis ("Purchased Percentage").[32]  The October 2022 Agreement

further provided for daily payments in the amount of approximately $8,400.00, which

represented an approximation based on the "average monthly sales x Purchased Percentage /

average business days in a calendar month."[33]  The daily payments were to be collected at the

end of each week, for a weekly amount of $42,000.00.[34]  Payments pursuant to the October 2022

Agreement were to continue until the Amount Sold was paid in full, subject to the terms and

conditions set forth therein.[35]

---

[27] *Id.*
[28] *Id.*
[29] $1,135.00 facility fee + $99.00 contract origination fee + $235.00 wire fee + $1,145.00 ACH program fee + $565.00 risk assessment fee = $3,179.00. *See* October 2022 Agreement.
[30] October 2022 Agreement.
[31] *Id.*
[32] *Id.*
[33] *Id.*
[34] *Id.*
[35] *Id.*

## III.   METHODOLOGY AND OVERVIEW

The purpose of my analysis was to evaluate (i) the financial condition of Broughton during the relevant period[36] and (ii) whether Broughton received reasonably equivalent value in connection with the agreements with CFG described above.

In performing my analysis, I considered the structure and terms of the agreements, Broughton's financial records, and other information made available to me as of the date of this Report.

## IV.   FINANCIAL CONDITION

Based on the information available as of the date of this Report, I evaluated Broughton's financial condition through a review of its pre-petition capital structure, financing activity, and other indicia of liquidity constraints.  The available records, including bankruptcy court filings, merchant cash advance agreements, and bank statements, provide insight into Broughton's access to liquidity and overall financial condition during the relevant period.  I reserve the right to supplement or amend this Report upon learning of additional information that may impact the findings or opinions stated herein.

### A. Summary of Financing Arrangements

This section summarizes the Debtor's disclosed financing arrangements based on information available from the bankruptcy filings, including proofs of claim and the Debtor's schedules, as well as the Debtor's M&T Bank account statements for the relevant period.

---

[36] For purposes of my analysis, the "relevant period" refers generally to the period preceding the Petition Date during which the Debtor incurred and serviced various obligations, including the transactions at issue herein.  My analysis also considers information outside this period where relevant to assessing the Debtor's financial condition and ability to meet its obligations.

11

Descriptions of the financing arrangements herein are based on available records as of the date of this Report.

### 1. Industrial Bank Loans

Based on the Debtor's Schedules of Assets and Liabilities and the Proofs of Claim filed in this matter, the Debtor maintained at least three commercial credit facilities with Industrial Bank, N.A. ("Industrial Bank").[37]  As of the Petition Date, the aggregate amount of indebtedness under these facilities totaled approximately $6.59 million to $6.81 million.[38]  As reflected in the available filings, these facilities were secured, at least in part, by the Debtor's accounts receivable.[39]

#### a. 2017 Line of Credit

The Debtor maintained a commercial revolving line of credit with Industrial Bank, as reflected in Schedule D and Proof of Claim No. 17, filed by Industrial Bank.[40]  The line of credit was originally entered into on or about May 19, 2017, and was subsequently amended from time to time ("2017 Line of Credit").[41]

According to the proof of claim filed by Industrial Bank, as of the Petition Date, the outstanding balance under this facility was $2,008,269.45, consisting of a principal judgment balance of $1,910,696.61, accrued and unpaid interest in the amount of $97,397.84, and costs in the amount of $175.00.[42]  The facility was secured, at least in part, by the Debtor's accounts

---

[37] *See* Voluntary Petition, *In re Broughton Construction Co., LLC*, Case No. 23-00378; Proof of Claim No. 17, filed by Industrial Bank, *In re Broughton Construction Co., LLC*, Case No. 23-00378 (Bankr. D.D.C.).
[38] According to the Debtor's schedules, the claim amount is $6,588,349.00.  According to the proof of claim filed by Industrial Bank, the claim amount is $6,814,436.71.  *See* Voluntary Petition, *In re Broughton Construction Co., LLC*, Case No. 23-00378; Proof of Claim No. 17 filed by Industrial Bank.
[39] Voluntary Petition, *In re Broughton Construction Co., LLC*, Case No. 23-00378 at p. 15 (PDF).
[40] *See* Voluntary Petition, *In re Broughton Construction Co., LLC*, Case No. 23-00378; Proof of Claim No. 17 filed by Industrial Bank.
[41] Proof of Claim No. 17 filed by Industrial Bank.
[42] *Id.*

receivable and other assets,[43] and public UCC filings reflect Industrial Bank's asserted security interest in such assets.[44]  Public records further indicate that a judgment was entered in favor of Industrial Bank in connection with this facility in July 2023.[45]

### b.  2018 Term Loan

The Debtor also maintained a commercial term loan with Industrial Bank, as reflected in Schedule D and Proof of Claim No. 17, filed by Industrial Bank.[46]  The term loan was originally entered into on or about June 15, 2018, and was subsequently amended from time to time ("2018 Term Loan").[47]

According to the proof of claim filed by Industrial Bank, as of the Petition Date, the outstanding balance under this facility was $1,493,673.55, consisting of a principal judgment balance of $1,426,154.23, accrued and unpaid interest in the amount of $67,344.32, and costs in the amount of $175.00.[48]  The facility was secured, at least in part, by the Debtor's accounts receivable and other assets, and public UCC filings reflect Industrial Bank's asserted security interest in such assets.[49]  Public records further indicate that in August 2023, a judgment was entered in favor of Industrial Bank in connection with this facility.[50]

---

[43] Proof of Claim No. 17 filed by Industrial Bank.
[44] A Uniform Commercial Code ("UCC") Financing Statement (Form UCC-1) is a legal form filed by a secured creditor to give public notice of the secured creditor's asserted security interest in the personal property of a debtor. *See* Proof of Claim No. 17 filed by Industrial Bank at Ex. C.
[45] Proof of Claim No. 17 filed by Industrial Bank at Ex. D.
[46] Proof of Claim No. 17 filed by Industrial Bank.
[47] *Id.*
[48] *Id.*
[49] Proof of Claim No. 17 filed by Industrial Bank at Ex. G.
[50] Proof of Claim No. 17 filed by Industrial Bank at Ex. H.

### c.   *2022 Line of Credit*

The Debtor maintained a second commercial revolving line of credit with Industrial Bank, as reflected in Schedule D and Proof of Claim No. 17, filed by Industrial Bank.[51]  The second line of credit was originally entered into on or about April 5, 2022 ("2022 Line of Credit").[52]

According to the proof of claim filed by Industrial Bank, as of the Petition Date, the outstanding balance under this facility was $3,312,493.71, consisting of an unpaid principal balance of $2,982,829.00 million, accrued and unpaid interest in the amount of $329,664.71, and late charges, fees, legal expenses, and costs.[53]  The facility was secured, at least in part, by the Debtor's accounts receivable and other assets, and public UCC filings reflect Industrial Bank's asserted security interest in such assets.[54]

The Debtor's commercial credit facilities with Industrial Bank, including the 2017 Line of Credit and 2018 Term Loan, were in place prior to the transactions with CFG being evaluated herein.  Accordingly, the Debtor's receivables were subject to existing secured obligations at the time of the transactions with CFG.  These facts suggest that the pool of receivables available to support additional financing arrangements may have been limited.

### 2.   **Merchant Cash Advances**

In addition to the term loans, lines of credit, small business loans, and the merchant cash advance agreements that are the subject of this adversary proceeding, the Debtor also entered into a series of additional merchant cash advance agreements with at least two other financing

---

[51] Voluntary Petition, *In re Broughton Construction Co., LLC*, Case No. 23-00378; Proof of Claim No. 17 filed by Industrial Bank.
[52] Proof of Claim No. 17 filed by Industrial Bank.
[53] *Id.*
[54] Proof of Claim No. 17 filed by Industrial Bank at Ex. K.

providers during the relevant period.[55]  As discussed in more detail below, although the specific terms vary, these arrangements generally required frequent remittances in fixed or formula-based amounts, irrespective of the Debtor's actual cash flow in a given period.

### a. CloudFund LLC / Delta Bridge Funding LLC

During the period of November 2021 through December 2022, the Debtor entered into a series of future receivables purchase and sale agreements with CloudFund LLC ("CloudFund") and/or its servicing agent, Delta Bridge Funding LLC ("Delta").[56]  As identified in the relevant pleadings, three merchant cash advance agreements were entered into on or about February 2022, August 2022, and October 2022.[57]

In the aggregate, CloudFund and/or Delta was/were to provide Broughton with upfront payments of $2,000,000.00 less due diligence fees and holdbacks applied to retirements of the Debtor's remaining obligations under existing agreements.[58]  As a result, the Debtor only received disbursements in the aggregate of $1,103,887.00.[59]  In exchange, the Debtor purportedly agreed to remit future receivables in the total amount of $2,802,900.00.[60]  Pursuant to the three agreements, the Debtor remitted a total of $1,039,762.00 to CloudFund and/or Delta.[61]

---

[55] Among the documents reviewed was a "Factor Agreement Chart" for fiscal year 2022 prepared by Mr. Stringer on behalf of the Debtor and provided to Industrial Bank that identifies numerous short-term merchant cash advance arrangements including initial borrowings and refinancings during the period of July 2021 through December 2022. *See* Complaint to Determine Dischargeability of Debt [Docket No. 1], *Industrial Bank v. Casey Broughton Stringer*, Adv. No. 25-10034-ELG, (Bankr. D.D.C.), Ex. A, Ex. B, and Ex. C.

[56] *See* Complaint [Docket No. 1], *Wendell Webster v. Cloudfund LLC*, Adv. No. 25-10049-ELG, (Bankr. D.D.C.); Answer to Complaint [Docket No. 17], *Wendell Webster v. Cloudfund LLC*, Adv. No. 25-10049-ELG, (Bankr. D.D.C.).

[57] Answer to Complaint, *Wendell Webster v. Cloudfund LLC*, Adv. No. 25-10049-EL.

[58] *Id.*

[59] *Id*. *See also* M&T Bank Account Statements, January 1, 2019, through August 31, 2023.

[60] Answer to Complaint, *Wendell Webster v. Cloudfund LLC*, Adv. No. 25-10049-EL.

[61] *Id.*

### b. Square Funding LLC d/b/a Square Advance

During the period of June 2022 through December 2022, the Debtor entered into a series of merchant cash advance agreements with Square Funding, LLC d/b/a Square Advance ("Square").[62]  As identified in the relevant pleadings, three merchant cash advance agreements were entered into in or about June 2022, September 2022, and December 2022.[63]

In the aggregate, Square provided Broughton with upfront payments of $1,650,000.00 less due diligence fees and holdbacks applied to retirements of the Debtor's remaining obligations under existing agreements.[64]  As a result, the Debtor only received disbursements in the aggregate of $907,312.46.[65]  In exchange, the Debtor purportedly agreed to remit future receivables in the total amount of $2,321,000.00.[66]  Based on the Debtor's M&T Bank records, pursuant to the three agreements, the Debtor remitted a total of $1,274,357.86 to Square.[67]

### 3. Automobile Loans

A review of the available records indicates that multiple automobile loan obligations were outstanding and being serviced during the relevant period.  During the period of January 1, 2019, through August 15, 2023,[68]  the Debtor made approximately 133 payments to Toyota Financial Retail totaling $114,072.58 and 180 payments to Ford Motor Credit totaling

---

[62] *See* Complaint [Docket No. 1], *Wendell Webster v. Square Funding LLC d/b/a Square Advance*, Adv. No. 25-10054-ELG, (Bankr. D.D.C.); Answer to Complaint [Docket No. 9], *Wendell Webster v. Square Funding LLC d/b/a Square Advance*, Adv. No. 25-10054-ELG, (Bankr. D.D.C.).

[63] *See* Complaint, *Wendell Webster v. Square Funding LLC d/b/a Square Advance*, Adv. No. 25-10054-ELG; Answer to Complaint, *Wendell Webster v. Square Funding LLC d/b/a Square Advance*, Adv. No. 25-10054-ELG.

[64] *Id.*

[65] *Id.  See also* M&T Bank Account Statements, January 1, 2019, through August 31, 2023.

[66] Complaint, *Wendell Webster v. Square Funding LLC d/b/a Square Advance*, Adv. No. 25-10054-ELG; Answer to Complaint, *Wendell Webster v. Square Funding LLC d/b/a Square Advance*, Adv. No. 25-10054-ELG.

[67] Amount excludes reversals of prior withdrawals.  *See* M&T Bank Account Statements, January 1, 2019, through August 31, 2023.

[68] M&T Bank Account Statements, January 1, 2019, through August 31, 2023.  A "Collection Account – Charge Off Credit" to the Debtor's M&T Bank account ending in 4250 occurred on August 15, 2023, and the account was presumably closed thereafter.  *See* M&T Bank Account Statements, August 1, 2023, through August 31, 2023.

$1,101,393.08.[69]  While these payments may not necessarily represent all automobile-related obligations of the Debtor, they do reflect additional reoccurring liabilities being serviced during periods of constrained cash flow.

### 4. Credit Card Obligations

The Debtor's Schedules of Assets and Liabilities also reflect multiple credit card obligations outstanding as of the Petition Date.[70]  During the period of January 1, 2019, through August 15, 2023, the Debtor made approximately 69 payments to American Express totaling $1,455,676.40,[71] three payments to Capital One totaling $17,751.06, and 19 payments to First Citizens Bank totaling $85,202.56.[72]  While these payments may not necessarily represent all credit card-related obligations of the Debtor, they do reflect additional reoccurring liabilities being serviced during periods of constrained cash flow.

### 5. Other Financing Obligations

In addition to the financing arrangements specifically identified herein, available records suggest that the Debtor may have engaged in other short-term or alternative financing transactions during the relevant period.  Based on a review of the Debtor's bank records, such obligations or transactions may include, among others, amounts associated with the following vendors or creditors: Expansion Capital, The Business Backer, Advance Smart, Thryve Capital, Kabbage, and American Microloan.[73]  When considered with the Debtor's other obligations, these arrangements would have required additional ongoing debt service during periods of

---

[69] M&T Bank Account Statements, January 1, 2019, through August 31, 2023.
[70] Voluntary Petition, *In re Broughton Construction Co., LLC*, Case No. 23-00378.
[71] Note two payments in May 2023 for "American Express Loan Pmt."
[72] M&T Bank Account Statements, January 1, 2019, through August 31, 2023.
[73] *Id.*

17

constrained cash flow, further increasing cash flow constraints and contributing to the Debtor's overall indebtedness.

### B.  Financial Information

The following observations are based on my review of the Debtor's schedules and the bank account statements produced to date.  I reserve the right to supplement or amend this Report upon learning of additional information that may impact the findings or opinions stated herein.

#### 1.   Analysis of Cash Receipts and Disbursements

I analyzed the Debtor's cash receipts and disbursements for the M&T Bank account ending in 4250 for the period of January 1, 2019, through August 15, 2023, to assess general cash flow trends.[74]  The account reflects regular inflows (deposits and other credits) and outflows (disbursements and other debits) throughout the period, with variability in both the timing and amounts of such activity.  The net difference between inflows and outflows is referred to herein as net cash flow.  A summary of the Debtor's monthly cash inflows and outflows, based on the activity reflected in the Debtor's M&T Bank account, is attached as **Exhibit 1**.

As reflected in **Exhibit 1**, during the period of January 1, 2019, through August 15, 2023, cash outflows exceeded cash inflows in 28 of the 56 monthly periods, resulting in negative net cash flows for those months and for approximately 50.0% of the full period reviewed.

#### 2.   Federal Income Tax Returns

I analyzed the Debtor's Federal tax returns for the years ending December 31, 2019, through December 31, 2021, to better assess its financial conditional and operating performance

---

[74] *Id.*

during the relevant period. [75]  Financial information for the period of 2022 through the Petition

Date in December 2023 was not available as of the date of this Report.  In addition, certain

inconsistencies and/or limitations were noted in the available records, which may affect the

completeness of the information.

A comparison to the Debtor's bankruptcy schedules, as discussed in the next section,

reflects significant changes in reported assets and liabilities over a relatively short period of time.

### 3.  Bankruptcy Schedules

As reflected in the Debtor's bankruptcy schedules, as of the Petition Date, the Debtor

reported total assets of $2.24 million, and total liabilities of $14.41 million.[76]  According to the

Debtor's 2021 Federal Income Tax Return, at December 31, 2021, the Debtor reported total

assets of $7.07 million and total liabilities of $6.89 million.[77]  These changes in reported assets

and liabilities over a relatively short period of time are not readily explained by the available

information.

## V.    REASONABLY EQUIVALENT VALUE

Section 548(a)(1)(B) of the Bankruptcy Code permits the avoidance of certain transfers

or obligations where the debtor "received less than a reasonably equivalent value in exchange for

such transfer or obligation."[78]  While the Bankruptcy Code defines "value" for purposes of

section 548,[79] it does not define what constitutes "reasonably equivalent value."  Accordingly,

---

[75] Broughton Construction, LLC, 2019 Federal Income Tax Return, Form 1120-S; Broughton Construction, LLC, 2020 Federal Income Tax Return, Form 1120-S; Broughton Construction, LLC, 2021 Federal Income Tax Return, Form 1120-S.
[76] Voluntary Petition, *In re Broughton Construction Co., LLC*, Case No. 23-00378.
[77] Broughton Construction, LLC, 2021 Federal Income Tax Return, Form 1120-S.
[78] 11 U.S.C. § 548(a)(1)(B).
[79] For purposes of section 548, "value" means "property, or satisfaction or securing of a present or antecedent debt of the debtor but does not include an unperformed promise to furnish support to the debtor or to a relative of the debtor." 11 U.S.C. § 548(d)(2)(A).

the analysis focuses on the economic substance of a transaction rather than its form, evaluating

whether the value received by the debtor was commensurate with the value transferred or

liabilities incurred.[80]   The analysis of reasonably equivalent value is more fact-specific and

requires consideration of the totality of the circumstances, including the practical economic

effect of the transaction on the debtor's financial condition.[81]

Based on the information available as of the date of this Report, I evaluated whether the

Debtor received reasonably equivalent value in connection with each of the transactions at issue.

## A.  May 2019 Agreement

### 1.  Overview of the Transaction

As summarized previously, on or about May 13, 2019, the Debtor entered into an

agreement with CFG pursuant to which the Debtor purportedly sold future receivables with a

face amount of $108,000.00 in exchange for cash proceeds of $75,000.00, less additional fees

and expenses of $3,779.00, or $71,221.00.[82]   The agreement provided for remittances based on a

specified percentage of receivables, identified as approximately 10.0%, and contemplated regular

daily payments until the full remittance amount was satisfied.[83]

### 2.  Comparison of Value Exchanged

Pursuant to the agreement, the Debtor was to receive net cash proceeds of approximately

$71,221.00 in exchange for an obligation to remit approximately $108,000.00.[84]   This reflects a

difference between the value to be received by the Debtor and the obligations incurred under the

---

[80] *See e.g.* Edward S. Weisfelner, *Advanced Fraudulent Transfers*, American Bankruptcy Institute (2014).
[81] *Id.*
[82] May 2019 Agreement.
[83] *Id.*
[84] *Id.*

May 2019 Agreement of approximately $36,779.00 exclusive of the timing and structure of the required payments.[85]

### 3. Cost of Debt

Based on the difference between the net cash proceeds to be received and the total amount required to be remitted, the transaction reflects an inherent cost to the Debtor. The Debtor was to receive a fixed amount of cash in exchange for an obligation to remit a greater amount over time, and the difference between those amounts represents the economic cost of the transaction. While the cost of debt may be higher in circumstances where a company is experiencing financial distress, it remains a relevant factor in evaluating the economic impact of the transaction.

Put simply, based on the net cash proceeds to be received and the total amount required to be remitted, the transaction reflects an implied cost of approximately 51.6%. This represents the difference between the total obligation to the Debtor and the amount advanced by CFG, expressed as a percentage of the net proceeds to be received.[86]

### 4. Daily Remittance Obligations

The May 2019 Agreement required the Debtor to remit approximately $1,139.00 on a daily basis,[87] reportedly reflective of a specified percentage (10.0%) of average monthly sales, divided by the average business days on a calendar month.[88] Based on the required remittance amounts, the total obligation would be satisfied over approximately 95 business days, or approximately 19 weeks, assuming consistent payments.[89]

---

[85] $108,00.00 - $71,221.00 = $36,779.00.
[86] ($108,000.00 - $71,221.00) / $71,221.00 = 51.6% (cost percentage).
[87] The "Daily Amount" reflects the dollar amount to be collected from Broughton's bank account each business day.
[88] May 2019 Agreement.
[89] $108,000.00 / $1,139.00 = 94.8 (repayment period in days); 94.8 / 5.0 = 19.0 weeks (repayment term in weeks assuming an average of five business days per week); 19.0 / 52.0 = 0.36 years (repayment term in years).

The May 2019 Agreement does not specify an interest rate.  However, based on the total amount required to be remitted, the net cash proceeds to be received, and the expected duration of repayment, it is possible to estimate the implied cost of debt which can be expressed on an annualized basis in a manner comparable to that of an effective interest rate.[90]

When this cost is considered over the estimated repayment period, the implied annualized cost of debt is approximately 143.3%.[91]  To the extent any fees or amounts withheld at funding are assumed to have provided a benefit to the Debtor, the implied cost of debt would be slightly reduced when measured against the stated advance amount.  However, even under this assumption, the resulting implied cost remains significant.[92]

### 5.  Actual Funding and Repayment Activity

Based on the bank statements available as of the date of this Report, I am unable to identify deposits corresponding to the initial funding or withdrawals reflecting repayment activity associated with the May 2019 Agreement.  Should additional records become available, I reserve the right to supplement this analysis as appropriate.

### 6.  Summary of Economic Impact and Reasonably Equivalent Value

Based on the May 2019 Agreement, the effective cost of the funds received, as described above, exceeded the amount of net cash proceeds to be made available to the Debtor.  Moreover, the May 2019 Agreement was premised on the availability of future receivables to support the daily remittances.  However, based on the records available as of the date of this Report, those

---

[90] *See generally* Bruce, Kara J., *Desperation Finance: Merchant Cash Advances in Bankruptcy and Beyond*, Emory Bankruptcy Developments Journal (posted February 26, 2026), available at http://dx.doi.org/10.2139/ssrn.6192358; John F. Hilson & Stephen L. Sepinuck, *A "Sale" of Future Receivables: Disguising A Secured Loan as a Purchase of Hope*, 9 Transactional Law 14 (2019).

[91] 51.6% / 0.36 = 143.3% (annualized cost of debt as a percentage).

[92] ($108,000.00 - $75,000.00) / $75,000.00 = 44.0% (alternative cost percentage); 44.0% / 0.36 = 122.2% (alternative annualized cost of debt as a percentage).

receivables were limited or otherwise insufficient to sustain the required payments under the obligation without reliance on additional financing.

In this broader context of layered indebtedness, the transaction contemplated by the May 2019 Agreement does not reflect a commensurate economic benefit to the Debtor. To the extent the May 2019 Agreement was funded according to its terms, it is my opinion that the Debtor did not receive reasonably equivalent value in exchange for this transaction.

## B. July 2019 Agreement

### 1. Overview of the Transaction

As summarized previously, on or about July 26, 2019, the Debtor entered into an agreement with CFG pursuant to which the Debtor purportedly sold future receivables with a face amount of $242,550.00 in exchange for cash proceeds of $165,000.00, less additional fees and expenses of $3,409.00, or $161,591.00.[93] The agreement provided for remittances based on a specified percentage of receivables, identified as approximately 10.0%, and contemplated regular daily payments until the full remittance amount was satisfied.[94]

### 2. Comparison of Value Exchanged

Pursuant to the agreement, the Debtor was to receive net cash of approximately $161,591.00 in exchange for an obligation to remit approximately $242,550.00.[95] This reflects a difference between the value to be received by the Debtor and the obligations incurred under the July 2019 Agreement of approximately $80,959.00 exclusive of the timing and structure of the required payments.[96]

---

[93] July 2019 Agreement.
[94] *Id.*
[95] *Id.*
[96] $242,550.00 - $161,591.00 = $80,959.00.

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

### 3. Cost of Debt

Based on the difference between the net cash proceeds to be received and the total amount required to be remitted, the transaction reflects an inherent cost to the Debtor.  The Debtor was to receive a fixed amount of cash in exchange for an obligation to remit a greater amount over time, and the difference between those amounts represents the economic cost of the transaction.  While the cost of debt may be higher in circumstances where a company is experiencing financial distress, it remains a relevant factor in evaluating the economic impact of the transaction.

Based on the net cash proceeds to be received and the total amount required to be remitted, the transaction reflects an implied cost of approximately 50.1%.  This represents the difference between the total obligation to the Debtor and the amount advanced by CFG, expressed as a percentage of the net cash proceeds received.[97]

### 4. Daily Remittance Obligations

The July 2019 Agreement required the Debtor to remit approximately $2,999.00 on a daily basis,[98] reportedly reflective of a specified percentage (10.0%) of average monthly sales, divided by the average business days on a calendar month.[99]  Based on the required remittance amounts, the total obligation would be satisfied over approximately 80.9 business days, or approximately 16 weeks, assuming consistent payments.[100]

---

[97] ($242,550.00 - $161,591.00) / $161,591.00 = 50.1% (cost percentage).  Assuming, for illustrative purposes, that the full stated purchase price is considered without adjustments for fees and expenses and for amounts applied to prior obligations, the implied cost would approximate 47.0%. ($242,550.00 - $165,000.00) / $165,000.00 = 47.0%.
[98] The "Daily Amount" reflects the dollar amount to be collected from Broughton's bank account each business day.
[99] July 2019 Agreement.
[100] $242,550.00 / $2,999.00 = 80.9 (repayment period in days); 80.9 / 5.0 = 16.2 weeks (repayment term in weeks assuming an average of five business days per week); 16.2 / 52.0 = 0.31 years (repayment term in years).

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

The July 2019 Agreement does not specify an interest rate. However, based on the total amount required to be remitted, the net cash proceeds to be received, and the expected duration of repayment, it is possible to estimate the implied cost of debt which can be expressed on an annualized basis in a manner comparable to that of an effective interest rate.

When this cost is considered over the estimated repayment period, the implied annualized cost of debt is approximately 161.1%.[101] To the extent any fees or amounts withheld at funding are assumed to have provided a benefit to the Debtor, the implied cost of debt would be slightly reduced when measured against the stated advance amount. However, even under this assumption, the resulting implied cost remains significant.[102]

### 5.  Actual Funding and Repayment Activity

Based on the bank statements available as of the date of this Report, I am unable to identify deposits corresponding to the initial funding associated with the July 2019 Agreement. Should additional records become available, I reserve the right to supplement this analysis as appropriate.

The Debtor's bank records do reflect regular withdrawals beginning on July 31, 2019. As summarized in **Exhibit 2**, according to the Debtor's bank account statements, at least 81 daily payments of $2,999.00 were made beginning July 31, 2019, and ending November 25, 2019, totaling $242,919.00.[103] However, as also reflected in **Exhibit 2**, a number of these transactions occurred contemporaneously with overlapping agreements. As a result, individual repayments may not be reliably traced to any single agreement.

---

[101] 50.1% / 0.31 = 161.6% (annualized cost of debt as a percentage).
[102] ($242,550.00 - $165,000.00) / $165,000.00 = 47.0% (alternative cost percentage); 47.0% / 0.31 = 151.6% (alternative annualized cost of debt as a percentage).
[103] M&T Bank Account Statements, July 1, 2019, to November 30, 2019.

25

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

### 6.  Summary of Economic Impact and Reasonably Equivalent Value

Based on the July 2019 Agreement, the effective cost of the funds received, as described above, significantly exceeded the amount of net cash proceeds to be made available to the Debtor.  Moreover, the July 2019 Agreement was premised on the availability of future receivables to support the daily remittances.  However, based on the records available as of the date of this Report, those receivables were limited or otherwise insufficient to sustain the required payments under the obligation without reliance on additional financing.

In this broader context of layered indebtedness, the transaction contemplated by the June 2019 Agreement does not reflect a commensurate economic benefit to the Debtor.  To the extent the July 2019 Agreement was funded according to its terms, it is my opinion that the Debtor did not receive reasonably equivalent value in exchange for this transaction.

### C. August 2019 Agreement

#### 1.  Overview of the Transaction

As summarized previously, on or about August 29, 2019, the Debtor entered into an agreement with CFG pursuant to which the Debtor purportedly sold future receivables with a face amount of $147,000.00 in exchange for cash proceeds of $100,000.00, less additional fees and expenses of $1,999.00, or $98,001.00.[104]  The agreement provided for remittances based on a specified percentage of receivables, identified as approximately 10.0%, and contemplated regular daily payments until the full remittance amount was satisfied.[105]

---

[104] August 2019 Agreement.
[105] *Id*.

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

### 2. Comparison of Value Exchanged

Pursuant to the agreement, the Debtor was to receive net cash proceeds of approximately $98,001.00 in exchange for an obligation to remit approximately $147,000.00.[106]  This reflects a difference between the value to be received by the Debtor and the obligations incurred under the August 2019 Agreement of approximately $48,999.00 exclusive of the timing and structure of the required payments.[107]

### 3. Cost of Debt

Based on the difference between the net cash proceeds to be received and the total amount required to be remitted, the transaction reflects an inherent cost to the Debtor.  The Debtor received a fixed amount of cash in exchange for an obligation to remit a greater amount over time, and the difference between those amounts represents the economic cost of the transaction.  While the cost of debt may be higher in circumstances where a company is experiencing financial distress, it remains a relevant factor in evaluating the economic impact of the transaction.

Based on the net cash proceeds to be received and the total amount required to be remitted, the transaction reflects an implied cost of approximately 50.0%.  This represents the difference between the total obligation to the Debtor and the amount advanced by CFG, expressed as a percentage of the net cash proceeds received.[108]

---

[106] *Id.*

[107] $147,000.00 - $98,001.00 = $48,999.00.

[108] ($147,000.00 - $98,001.00) / $98,001.00 = 50.0% (cost percentage).  Assuming, for illustrative purposes, that the full stated purchase price is considered without adjustments for fees and expenses and for amounts applied to prior obligations, the implied cost would approximate 47.0%. ($147,000.00 - $100,000.00) / $100,000.00 = 47.0%.

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

### 4. Daily Remittance Obligations

The August 2019 Agreement required the Debtor to remit approximately $2,500.00 on a daily basis,[109] reportedly reflective of a specified percentage (10.0%) of average monthly sales, divided by the average business days on a calendar month.[110] Based on the required remittance amounts, the total obligation would be satisfied over approximately 58.8 business days, or approximately 12 weeks, assuming consistent payments.[111]

The August 2019 Agreement does not specify an interest rate. However, based on the total amount required to be remitted, the net cash proceeds received, and the expected duration of repayment, it is possible to estimate the implied cost of debt which can be expressed on an annualized basis in a manner comparable to that of an effective interest rate.

When this cost is considered over the estimated repayment period, the implied annualized cost of debt is approximately 217.4%.[112] To the extent any fees or amounts withheld at funding are assumed to have provided a benefit to the Debtor, the implied cost of debt would be slightly reduced when measured against the stated advance amount. However, even under this assumption, the resulting implied cost remains significant.[113]

---

[109] The "Daily Amount" reflects the dollar amount to be collected from Broughton's bank account each business day.

[110] August 2019 Agreement.

[111] $147,000.00 / $2,500.00 = 58.8 (repayment period in days); 58.8 / 5.0 = 11.8 weeks (repayment term in weeks assuming an average of five business days per week); 11.8 / 52.0 = 0.23 years (repayment term in years).

[112] 50.0% / 0.23 = 217.4% (annualized cost of debt as a percentage).

[113] ($147,000.00 - $100,000.00) / $100,000.00 = 47.0% (alternative cost percentage); 47.0% / 0.23 = 204.3% (alternative annualized cost of debt as a percentage).

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

### 5.   Actual Funding and Repayment Activity

The Debtor's bank records reflect that on August 30, 2019, CFG wired $98,201.00 to

Broughton.[114]  As summarized in **Exhibit 2**, according to the Debtor's bank account statements,

at least 58 daily payments of $2,500.00 were made beginning September 3, 2019, and ending

November 25, 2019, totaling $145,000.00.[115]  However, as also reflected in **Exhibit 2**, a number

of these transactions occurred contemporaneously with overlapping agreements.  As a result,

individual repayments may not be reliably traced to any single agreement.

### 6.   Summary of Economic Impact and Reasonably Equivalent Value

Based on the August 2019 Agreement and the Debtor's available bank records, the

effective cost of the funds received, as described above, significantly exceeded the amount of net

cash proceeds made available to the Debtor.  Moreover, the August 2019 Agreement was

premised on the availability of future receivables to support the daily remittances.  However,

based on the records available as of the date of this Report, including the overlapping obligations

pursuant to the July 2019 Agreement, those receivables were limited or otherwise insufficient to

sustain the required payments under the obligation without reliance on additional financing.

Additionally, the Debtor's bank records reflect overlapping obligations and daily

withdrawals, resulting in a commingled flow of funds.  In this broader context of layered

indebtedness, the transaction contemplated by the August 2019 Agreement does not reflect a

commensurate economic benefit to the Debtor.  Assuming the withdrawals and funding

---

[114] Based on the fee structure set forth in the August 2019 Agreement, I calculated the net funds to the Debtor of $98,001.00; however, bank records indicate an actual deposit of $98,201.00, reflecting a variance of approximately $200.00.  *See* M&T Bank Account Statements, August 1, 2019, to August 31, 2019.
[115] M&T Bank Account Statements, July 1, 2019, to November 30, 2019.

identified above were made pursuant to the August 2019 Agreement, it is my opinion that the

Debtor did not receive reasonably equivalent value in exchange for this transaction.

### D.   October 2022 Agreement

#### 1.   Overview of the Transaction

As summarized previously, on or about October 31, 2022, the Debtor entered into an

agreement with CFG pursuant to which the Debtor purportedly sold future receivables with a

face amount of $420,000.00 in exchange for cash proceeds of $300,000.00, less additional fees

and expenses of $3,179.00, or $296,821.00.[116]  The agreement provided for remittances based on

a specified percentage of receivables, identified as approximately 15.0%, and contemplated

regular daily payments until the full remittance amount was satisfied.[117]

#### 2.   Comparison of Value Exchanged

Pursuant to the agreement, the Debtor was to receive net cash of approximately

$296,821.00 in exchange for an obligation to remit approximately $420,000.00.[118]  This reflects

a difference between the value to be received by the Debtor and the obligations incurred under

the October 2022 Agreement of approximately $123,179.00 exclusive of the timing and structure

of the required payments.[119]

#### 3.   Cost of Debt

Based on the difference between the net cash proceeds to be received and the total

amount required to be remitted, the transaction reflects an inherent cost to the Debtor.  The

Debtor received a fixed amount of cash in exchange for an obligation to remit a greater amount

---

[116] October 2022 Agreement.
[117] *Id.*
[118] *Id.*
[119] $420,000.00 - $296,821.00 = $123,179.00.

over time, and the difference between those amounts represents the economic cost of the transaction. While the cost of debt may be higher in circumstances where a company is experiencing financial distress, it remains a relevant factor in evaluating the economic impact of the transaction.

Based on the net cash proceeds to be received and the total amount required to be remitted, the transaction reflects an implied cost of approximately 41.5%. This represents the difference between the total obligation to the Debtor and the amount advanced by CFG, expressed as a percentage of the net cash proceeds received.[120]

### 4. Weekly Remittance Obligations

The October 2022 Agreement required the Debtor to remit approximately $42,000.00 on a weekly basis, with each weekly collection to equal five times the daily amount (representing a five-day week), or approximately $8,400.00, which was reportedly reflective of a specified percentage (15.0%) of average monthly sales, divided by the average business days on a calendar month.[121] Based on the required remittance amounts, the total obligation would be satisfied over approximately 50.0 business days, or approximately ten weeks, assuming consistent payments.[122]

The October 2022 Agreement does not specify an interest rate. However, based on the total amount required to be remitted, the net cash proceeds received, and the expected duration of repayment, it is possible to estimate the implied cost of debt which can be expressed on an annualized basis in a manner comparable to that of an effective interest rate.

---

[120] ($420,000.00 - $296,821.00) / $296,821.00 = 41.5% (cost percentage). Assuming, for illustrative purposes, that the full stated purchase price is considered without adjustments for fees and expenses and for amounts applied to prior obligations, the difference in implied cost would be minimal (approximately 40.0%). ($420,000.00 - $300,000.00) / $300,000.00 = 40.0%.

[121] October 2022 Agreement.

[122] $420,000.00 / $8,400.00 = 50.0 (repayment period in days); 50.0 / 5.0 = 10.0 weeks (repayment term in weeks assuming an average of five business days per week); 10.0 / 52.0 = 0.20 years (repayment term in years).

When this cost is considered over the estimated repayment period, the implied annualized cost of debt is approximately 207.5%.[123]  To the extent any fees or amounts withheld at funding are assumed to have provided a benefit to the Debtor, the implied cost of debt would be slightly reduced when measured against the stated advance amount.  However, even under this assumption, the resulting implied cost remains significant.[124]

### 5.  Actual Funding and Repayment Activity

The Debtor's bank records reflect the timing and flow of funds associated with several overlapping transactions with CFG on or about the time the October 2022 Agreement was entered into.

The Debtor's bank records show that on November 1, 2022, CFG wired $296,821.00 to Broughton. [125]   However, as also reflected in **Exhibit 2**, at or about the time the October 2022 Agreement was entered into, the Debtor made frequent payments of approximately $18,000.00 and $24,000.00 on at least a weekly basis to CFG.  The timing and frequency of these payments are consistent with repayment obligations under multiple short-term financing arrangements, and, as a result, individual repayments may not be reliably traced to any single agreement

Nonetheless, it is my opinion that this pattern of overlapping, frequent repayment activity is not consistent with an isolated agreement but rather is reflective of the use of successive and concurrent merchant cash advance agreements that collectively imposed continuous repayment obligations on the Debtor during periods of constrained cash flow.

---

[123] 41.5% / 0.20 = 207.5% (annualized cost of debt as a percentage).
[124] 40.0% / 0.20 = 200.0% (alternative annualized cost of debt as a percentage).
[125] M&T Bank Account Statements, November 1, 2022, to November 31, 2022.

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

### 6. <u>**Summary of Economic Impact and Reasonably Equivalent Value**</u>

Based on the October 2022 Agreement and the Debtor's available bank records, the effective cost of the funds received, as described above, significantly exceeded the amount of net cash proceeds made available to the Debtor.  Moreover, the October 2022 Agreement was premised on the availability of future receivables to support the weekly remittances.  However, based on the records available as of the date of this Report, those receivables were limited or otherwise insufficient to sustain the required payments under the obligation without reliance on additional financing.

Additionally, the Debtor's bank records reflect overlapping obligations and daily withdrawals, resulting in a commingled flow of funds.  In this broader context of layered indebtedness, the transaction contemplated by the October 2022 Agreement does not reflect a commensurate economic benefit to the Debtor.  Assuming the withdrawals and funding identified above were made pursuant to the October 2022 Agreement, it is my opinion that the Debtor did not receive reasonably equivalent value in exchange for this transaction.

### E. **Additional Agreements**

In addition to the four agreements identified in the pleadings and as summarized above, the Debtor's bank records reflect additional funding deposits and corresponding repayment activity with CFG during the relevant period, consistent with the existence of other purchase agreements or similar transactions.  As detailed in **Exhibit 2**, during the period of July 31, 2019, through April 27, 2023, the Debtor received deposits from CFG of approximately $3,298,389.00.[126]

---

[126] As noted previously, based on the bank statements available as of the date of this Report, I am unable to identify deposits corresponding to the initial funding associated with the July 2019 Agreement.  However, for illustrative

As further detailed in **Exhibit 2**, during the period of July 31, 2019, through April 27, 2023, the Debtor remitted funds to CFG of approximately $4,744,414.00.  This reflects a difference of approximately $1,446,025.00, exclusive of the timing and structure of the required payments.  When considered in the aggregate, the records indicate that during the period of July 31, 2019, through April 27, 2023, the repayment obligations incurred by the Debtor significantly exceeded the total cash received from CFG.

## VI.   CONCLUSION

In summary, based on my professional qualifications, experience, review of the documents relied upon, and the results of my analyses as described in this Report, it is my opinion that:

- Notwithstanding certain limitations in the available data, the Debtor exhibited indicators of financial distress during the relevant period.  Overall trends reflect a deteriorating financial position over the relevant period.  In addition, the Debtor entered into multiple financing arrangements during this period, including transactions involving the purported sale or pledge of receivables, the availability and extent of which is not clearly supported by the available records.

- The Debtor did not receive reasonably equivalent value under each of the four transactions as issue.

  - The transaction contemplated by the May 2019 Agreement, pursuant to which the Debtor was to receive approximately $71,221.00 in net cash proceeds in exchange for a repayment obligation of $108,000.00, does not reflect a commensurate economic benefit to the Debtor.  To the extent the May 2019 Agreement was funded according to its terms, it is my opinion that the Debtor did not receive reasonably equivalent value in exchange for this transaction.

---

purposes, the total funds received during this period including the $161,591.00 payment pursuant to the July 2019 Agreement are approximately $3,459,980.00.  $3,298,389.00 + $161,591.00 = $3,459,980.00.

o The transaction contemplated by the July 2019 Agreement, pursuant to which the Debtor was to receive approximately $161,591.00 in net cash proceeds in exchange for a repayment obligation of $242,550.00, does not reflect a commensurate economic benefit to the Debtor.  To the extent the July 2019 Agreement was funded according to its terms, it is my opinion that the Debtor did not receive reasonably equivalent value in exchange for this transaction

o The transaction contemplated by the August 2019 Agreement, pursuant to which the Debtor received approximately $98,001.00 in net cash proceeds in exchange for a repayment obligation of $147,000.00, does not reflect a commensurate economic benefit to the Debtor.  Assuming the withdrawals and funding identified in this Report were made pursuant to the August 2019 Agreement, it is my opinion that the Debtor did not receive reasonably equivalent value in exchange for this transaction.

o The transaction contemplated by the October 2022 Agreement, pursuant to which the Debtor received approximately $296,821.00 in net cash proceeds in exchange for a repayment obligation of $420,000.00, does not reflect a commensurate economic benefit to the Debtor.  Assuming the withdrawals and funding identified in this Report were made pursuant to the October 2022 Agreement, it is my opinion that the Debtor did not receive reasonably equivalent value in exchange for this transaction.

- The Debtor's M&T Bank Account Statements for the period of January 1, 2019, through August 31, 2023, reflect activity consistent with additional undisclosed financing agreements with CFG.

- Based on the Debtor's M&T Bank Account Statements for the period of January 1, 2019, through August 31, 2023, the Debtor received deposits from CFG of approximately $3,298,389.00.  During that same period, the Debtor remitted funds to CFG of approximately $4,744,414.00.  This reflects a difference between the net cash proceeds received by the Debtor from CFG and the repayment of obligations by the Debtor to CFG of approximately $1,446,025.00.

*****

This Report and the accompanying exhibits are intended solely for use in connection with this matter and may contain confidential information.  Any unauthorized use or distribution of this Report or its attachments is strictly prohibited.

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
Expert Report of Lauren P. Berret

I reserve the right to supplement or amend this Report upon learning of additional information that may impact the findings or opinions stated herein.

Respectfully submitted:

Lauren P. Berret
April 13, 2026

36

# Appendix A

**LAUREN P. BERRET, JD, CPA**
Managing Director, Eisner Advisory Group, LLC
130 North 18th Street, Suite 3000
Philadelphia, PA 19103
Phone: (610) 413-8792 | E-mail: lauren.berret@eisneramper.com

Lauren P. Berret is a Managing Director in the firm's Bankruptcy and Restructuring Services Group with over a decade of experience advising debtors, creditors' committees, trustees, and court-appointed fiduciaries in restructuring and fiduciary matters. Lauren is known for leading stabilization efforts in complex, distressed operations where regulatory oversight, financial uncertainty, and litigation risk converge. Her work reflects a cross-disciplinary approach, combining restructuring strategy, fiduciary advisory, and forensic financial analysis.

**PROFESSIONAL EXPERIENCE**:
**Eisner Advisory Group, LLC**, Philadelphia, PA

| | |
|---|---|
| *Managing Director* | Aug. 2025 - Current |
| *Director* | Aug. 2023 - July 2025 |
| *Senior Manager* | Apr. 2022 - July 2023 |

- Serve as financial advisor to a developer and provider of early childhood learning products including digital content and applications based in New York, NY, in Chapter 11 bankruptcy.
- Serve as financial advisor to the Chapter 7 Trustee of a prepared meal delivery company in Lorton, VA.
- Serve as financial advisor to the court-appointed receiver of a nursing home in Bridgeton, NJ.
- Serve as financial advisor to the court-appointed receiver of a nursing home in Medford, NJ.
- Serve as financial advisor to the court-appointed receiver of nursing homes in Deptford and Hammonton, NJ.
- Serve as financial advisor to owners/operators of skilled nursing facilities in Pennsylvania and West Virginia in Chapter 11 bankruptcy.
- Serve as financial advisor to the court-appointed receiver of a former medical and recreational marijuana company in Lafayette, New Jersey.
- Served as accountant to the assignee in an assignment for the benefit of creditors of a trend jewelry company.
- Served as financial advisor to the court-appointed receiver of a long-term care facility with a long and well-documented history of failure to comply with health and safety standards in Andover, NJ. Stabilized operations and oversaw the transfer and relocation of 358 residents.
- Engaged by senior management of a consumer healthcare and beauty company to provide consulting services including performing an independent assessment of company operations, analyzing historical financial information, developing a cash flow and financial projection model, and providing recommendations.
- Engaged to provide sell-side due diligence services to a heating control systems operator and manufacturer in NJ.

**CBIZ Forensic Consulting Group**, New York, NY

| | |
|---|---|
| *Senior Manager* | Jan. 2022 - Apr. 2022 |
| *Manager* | Sept. 2020 - Dec. 2021 |

- Served as financial advisor to the Liquidating Trustee: HGRL Liquidating Trust (Dec. 2021); Advantage Rent A Car Unsecured Creditor Trust (Jan. 2022).
- Served as financial advisor to the Committee of Unsecured Creditors: LRGHealthcare (Oct. 2020); American Purchasing Services, LLC (Jan. 2021); New York Classic Motors, LLC (May 2021).
- Analyzed transactional data and evaluated potential defenses to asserted preference actions filed against a global healthcare supply chain business and its subsidiaries. Prepared multiple expert reports in connection with the defense.
- Engaged as financial advisors to shareholders of beachwear and beach sundry retailer in chapter 11 to evaluate potential claims that might arise in connection with the chapter 11 bankruptcy proceeding, including preference actions and alter ego analysis.

**Baker Tilly Virchow Krause, LLP**, Philadelphia, PA

*Manager*                                                                Jan. 2018 - Apr. 2020
*Senior Consultant*                                                      July 2016 - Jan. 2018

- Provided financial advisory and consulting services to a litigation trust related to the restructuring of an offshore oil and gas drilling company with over $2 billion in assets.
- Assessed capital adequacy and ability to pay, analyzed sensitivity of integrated financial projection models, and completed industry research related to the restructuring of one of the world's largest offshore oil and gas drilling companies.
- Performed detailed analyses of company projections and assessment of capital adequacy and ability to pay of a large gaming corporation's $18 billion bankruptcy case.
- Conducted a $300,000 fraud investigation on behalf of a global marketing and branding agency.
- Conducted forensic reviews relating to structured finance transactions, including loan file review related to placement of mortgage loans for issuance of RMBS.

**Gleason & Associates, PC**, Pittsburgh, PA

*Staff II Consultant*                                                    Sept. 2014 - June 2016

- Provided specialized financial and economic advisory services in practice areas including forensic accounting, personal economic damages, and business valuation.

**Alvernia University**, Reading, PA

*Adjunct Professor of Business*                                          July 2014 - June 2016

- Instructed on subject matters of legal and accounting language, methodology, and concepts. Coursework included Managerial Accounting, Legal Environment, and Corporate Communication.

**Law Office of Lauren P. Berret**, Pittsburgh, PA

*Owner/Attorney*                                                         June 2011 - Aug. 2014

- Represented debtors in Chapter 7 and Chapter 13 bankruptcy proceedings.

**Michael Fives & Associates**, Pittsburgh, PA

*Associate Attorney*                                                     Sept. 2010 - July 2011

- Represented debtors in Chapter 7 and Chapter 13 bankruptcy proceedings.

ACCOMPLISHMENTS AND HONORS:
- Selected for inclusion in the American Bankruptcy Institute's 2024 class of "*40 Under 40*" honorees.
- Recipient of Turnaround Management Association 2024 "*Emerging Leader*" Award.
- Selected for inclusion in 2012 Pennsylvania Super Lawyers; listed in Rising Stars, primary area of practice listed as consumer bankruptcy.

PUBLICATIONS:
- Served as Guest Editor of the Turnaround Management Association, Journal of Corporate Renewal, September 2025 issue, "*The DEI Discussion—Keeping the Conversation Going*."
- Served as Guest Editor of the Turnaround Management Association, Journal of Corporate Renewal, September 2024 issue, "*The DEI Discussion—Driving Change Through Ongoing Conversations*."
- ABI Financial Advisors and Investment Banking Committee, "*Business Owners Be Aware: Decisions in COVID-19-Related Business Interruption Insurance Disputes Favor the Insurers*" (Apr. 14., 2022) available at: *https://www.abi.org/committee-post/business-owners-be-aware-decisions-in-covid-19-related-business-interruption*.
- Journal of Corporate Renewal, "*Getting Creative: Lauren P. Berret*" (Mar. 2021)

SPEAKING ENGAGEMENTS:
- Panelist (scheduled), "*Fiduciary Crossroads: Director Duties in the Zone of Insolvency*," IWIRC@ABI 2026 (Apr. 23, 2026)
- Panelist (scheduled), "*Issues Facing Healthcare Provider Bankruptcy Cases*," Association of the Federal Bar of New Jersey, 2026 William H. Gindin Bankruptcy Bench Bar Conference, (Apr. 17, 2026)
- Panelist, "*The Fair-and-Equitable Standard in Subchapter V: Avoiding or Navigating a Contested Confirmation,*" American Bankruptcy Institute's Annual Spring Meeting (Apr. 25, 2025)
- Panelist, "*Insolvency 2024: A Preview of What Industries are Hot, Bankruptcy Alternatives, and the Future of Third-Party Releases,*" IWIRC at the Shore (Feb. 23, 2024).
- Moderator, "*Pushing Forward in a Post-Affirmative Action Era – a Workshop on the Implications and Strategies for the Ongoing Promotion of DE&I,*" 2023 TMA Annual Conference (Oct. 4, 2023)
- Panelist, "*Small Business Restructuring: Are Rough Waters Ahead?*" 2022 TMA Mid-Atlantic Regional Symposium (June 9, 2022)
- Moderator, "*Education Session: Tips from the Titans,*" 2020 TMA NextGen Leadership Experience (Oct. 28, 2020)
- Panelist, "*Negotiation Strategies,*" IWIRC at the Shore (Mar. 6, 2020)
- Panelist, "*Top Consumer Cases,*" Pennsylvania Bar Institute's 21st Annual Bankruptcy Institute (Sept. 2016)
- Presenter, "*Hanging Your Own Shingle,*" Duquesne University School of Law's Capstone Course (Apr. 2014)
- Panelist, "*Technology to Help Manage and Produce Bankruptcy Documents,*" Pennsylvania Bar Institute's 18th Annual Bankruptcy Institute (Sept. 2013)

<u>EDUCATION</u>:
**University of Pittsburgh**, Pittsburgh, PA                    Apr. 2014
Certificate in Accounting

**Duquesne University School of Law**, Pittsburgh, PA        June 2010
Juris Doctor, *cum laude*

**University of Pittsburgh**, Pittsburgh, PA                    Aug. 2007
Bachelor of Science, *cum laude*
Majors: Political Science, Psychology; Minor: Legal Studies

<u>BAR AND COURT ADMISSIONS</u>:
- Commonwealth of Pennsylvania (admitted Oct. 2010)
- U.S. District Court for the Western District of Pennsylvania (admitted Oct. 2010)
- U.S. Tax Court (admitted May 2013)
- District of Columbia Court of Appeals (admitted Feb. 2018)

<u>PROFESSIONAL LICENSES</u>:
- Certified Public Accountant (CPA)

<u>PROFESSIONAL ASSOCIATIONS</u>:
- Turnaround Management Association (TMA), Member; 2026 TMA Global DE&I Committee
- International Women's Insolvency & Restructuring Confederation (IWIRC), Member; 2026 Finance Committee; Greater Philadelphia Chapter, Co-Chair
- American Bankruptcy Institute (ABI), Member

# Appendix B

**DOCUMENTS RELIED UPON**

Bankruptcy Court Filings
- *In re Casey Broughton Stringer*, Case No. 23-00239 (Bankr. D.D.C.), Chapter 7 Voluntary Petition filed August 28, 2023.
- *In re Broughton Construction Co., LLC*, Case No. 23-00378 (Bankr. D.D.C.), Chapter 7 Voluntary Petition filed December 15, 2023.
- Voluntary Petition [Docket No. 1], *In re Broughton Construction Co., LLC*, Case No. 23-00378 (Bankr. D.D.C.).
- Proof of Claim No. 17, filed by Industrial Bank, *In re Broughton Construction Co., LLC*, Case No. 23-00378 (Bankr. D.D.C.).

Adversary Proceeding Filings
- Complaint [Docket No. 1], *Wendell Webster v. Cloudfund LLC*, Adv. No. 25-10049-ELG, (Bankr. D.D.C.).
- Answer to Complaint [Docket No. 17], *Wendell Webster v. Cloudfund LLC*, Adv. No. 25-10049-ELG, (Bankr. D.D.C.).
- Complaint [Docket No. 1], *Wendell Webster v. Square Funding LLC d/b/a Square Advance*, Adv. No. 25-10054-ELG, (Bankr. D.D.C.).
- Answer to Complaint [Docket No. 9], *Wendell Webster v. Square Funding LLC d/b/a Square Advance*, Adv. No. 25-10054-ELG, (Bankr. D.D.C.).
- Complaint [Docket No. 1], *Wendell Webster v. CFG Merchant Solutions, LLC*, Adv. No. 25-10055-ELG, (Bankr. D.D.C.).
- Answer to Complaint [Docket No. 9], *Wendell Webster v. CFG Merchant Solutions, LLC*, Adv. No. 25-10055-ELG, (Bankr. D.D.C.).
- Complaint to Determine Dischargeability of Debt [Docket No. 1], *Industrial Bank v. Casey Broughton Stringer*, Adv. No. 25-10034-ELG, (Bankr. D.D.C.).

Statutes and Legal Authorities
- 11 U.S.C. § 548(a)(1)(B).
- 11 U.S.C. § 548(d)(2)(A).

Public Records / Third-Party Information
- BROUGHTON CONSTRUCTION COMPANY, INC. (March 24, 2026). *LinkedIn page*. LinkedIn. https://www.linkedin.com/company/broughton-construction-llc/about/.
- Government of the District of Columbia, Department of Licensing and Consumer Protection, Business Entity Search, Broughton Construction Company, LLC, https://corponline.dlcp.dc.gov/homepage/business-search (last accessed March 24, 2026).
- State of Delaware, Department of State, Division of Corporations, Business Entity Search, CFG Merchant Solutions, LLC, https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx. (last accessed April 6, 2026).
- CFG Merchant Solutions, LLC, https://cfgmerchantsolutions.com/about-us/ (last accessed April 6, 2026).

1

Financial Records
- Bank account statements for Broughton Construction Co., LLC, account ending in 4250, M&T Bank, for the period January 1, 2019, through August 31, 2023.
- Broughton Construction, LLC, 2019 Federal Income Tax Return, Form 1120-S.
- Broughton Construction, LLC, 2020 Federal Income Tax Return, Form 1120-S.
- Broughton Construction, LLC, 2021 Federal Income Tax Return, Form 1120-S.

Agreements and Transaction Documents
- Purchase Agreement between CFG Merchant Solutions, LLC, and Broughton Construction Company, LLC, dated August 29, 2019.
- Purchase Agreement between CFG Merchant Solutions, LLC, and Broughton Construction Company, LLC, dated July 26, 2019.
- Purchase Agreement between CFG Merchant Solutions, LLC, and Broughton Construction Company, LLC, dated May 13, 2019.
- Purchase Agreement between CFG Merchant Solutions, LLC, and Broughton Construction Company, LLC, dated October 31, 2022.

Other Materials
- Edward S. Weisfelner, *Advanced Fraudulent Transfers*, American Bankruptcy Institute (2014).

# Exhibit 1

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
**Summary of Monthly Deposits and Withdrawals for M&T Bank account ending in 4250**
**For the Period of January 1, 2019, to August 15, 2023 \***
*Source: M&T Bank, account statements for Broughton Construction Co., LLC, account ending in 4250,*
*for the period of January 1, 2019, to August 31, 2023.*

| MONTH | DEPOSITS & OTHER CREDITS | | WITHDRAWALS & OTHER DEBITS | | NET CASH FLOW | |
|---|---|---|---|---|---|---|
| Jan-2019 | $ | 783,480.07 | $ | 372,232.96 | $ | 411,247.11 |
| Feb-2019 | $ | 353,737.83 | $ | 785,210.88 | $ | (431,473.05) |
| Mar-2019 | $ | 766,360.53 | $ | 729,237.47 | $ | 37,123.06 |
| Apr-2019 | $ | 712,672.86 | $ | 701,096.68 | $ | 11,576.18 |
| May-2019 | $ | 422,539.15 | $ | 502,415.00 | $ | (79,875.85) |
| Jun-2019 | $ | 955,784.38 | $ | 685,709.65 | $ | 270,074.73 |
| Jul-2019 | $ | 1,183,617.75 | $ | 1,362,664.25 | $ | (179,046.50) |
| Aug-2019 | $ | 856,814.00 | $ | 746,565.44 | $ | 110,248.56 |
| Sep-2019 | $ | 2,277,401.32 | $ | 2,278,427.11 | $ | (1,025.79) |
| Oct-2019 | $ | 2,241,570.53 | $ | 2,328,985.43 | $ | (87,414.90) |
| Nov-2019 | $ | 402,388.86 | $ | 487,544.47 | $ | (85,155.61) |
| Dec-2019 | $ | 887,108.06 | $ | 869,648.81 | $ | 17,459.25 |
| Jan-2020 | $ | 976,635.26 | $ | 986,466.73 | $ | (9,831.47) |
| Feb-2020 | $ | 856,005.83 | $ | 878,824.05 | $ | (22,818.22) |
| Mar-2020 | $ | 850,897.72 | $ | 835,108.11 | $ | 15,789.61 |
| Apr-2020 | $ | 1,648,916.77 | $ | 1,481,864.91 | $ | 167,051.86 |
| May-2020 | $ | 985,914.45 | $ | 725,553.71 | $ | 260,360.74 |
| Jun-2020 | $ | 303,555.07 | $ | 662,770.99 | $ | (359,215.92) |
| Jul-2020 | $ | 1,099,026.87 | $ | 1,177,147.58 | $ | (78,120.71) |
| Aug-2020 | $ | 1,237,879.14 | $ | 1,229,543.09 | $ | 8,336.05 |
| Sep-2020 | $ | 2,147,418.22 | $ | 2,072,377.44 | $ | 75,040.78 |
| Oct-2020 | $ | 3,143,678.74 | $ | 2,997,716.96 | $ | 145,961.78 |
| Nov-2020 | $ | 92,757.76 | $ | 316,036.42 | $ | (223,278.66) |
| Dec-2020 | $ | 3,220,124.99 | $ | 2,350,235.92 | $ | 869,889.07 |
| Jan-2021 | $ | 1,152,797.83 | $ | 1,731,086.02 | $ | (578,288.19) |
| Feb-2021 | $ | 1,010,409.39 | $ | 1,105,215.16 | $ | (94,805.77) |
| Mar-2021 | $ | 1,855,026.69 | $ | 1,790,572.21 | $ | 64,454.48 |
| Apr-2021 | $ | 1,628,498.92 | $ | 1,795,356.84 | $ | (166,857.92) |
| May-2021 | $ | 2,006,986.04 | $ | 1,749,487.34 | $ | 257,498.70 |
| Jun-2021 | $ | 2,769,624.81 | $ | 2,978,386.36 | $ | (208,761.55) |
| Jul-2021 | $ | 1,196,794.00 | $ | 1,263,815.87 | $ | (67,021.87) |
| Aug-2021 | $ | 3,934,502.64 | $ | 2,954,321.58 | $ | 980,181.06 |
| Sep-2021 | $ | 1,891,872.60 | $ | 2,886,098.17 | $ | (994,225.57) |
| Oct-2021 | $ | 3,464,122.73 | $ | 3,064,695.48 | $ | 399,427.25 |
| Nov-2021 | $ | 958,890.53 | $ | 1,147,721.38 | $ | (188,830.85) |
| Dec-2021 | $ | 2,980,062.20 | $ | 3,196,094.98 | $ | (216,032.78) |

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
**Summary of Monthly Deposits and Withdrawals for M&T Bank account ending in 4250**
**For the Period of January 1, 2019, to August 15, 2023 \***
*Source: M&T Bank, account statements for Broughton Construction Co., LLC, account ending in 4250,*
*for the period of January 1, 2019, to August 31, 2023.*

| MONTH | DEPOSITS & OTHER CREDITS | | WITHDRAWALS & OTHER DEBITS | | NET CASH FLOW | |
|---|---|---|---|---|---|---|
| Jan-2022 | $ | 1,497,265.71 | $ | 1,186,511.14 | $ | 310,754.57 |
| Feb-2022 | $ | 819,265.84 | $ | 965,635.59 | $ | (146,369.75) |
| Mar-2022 | $ | 1,325,441.22 | $ | 1,448,139.95 | $ | (122,698.73) |
| Apr-2022 | $ | 1,748,459.05 | $ | 1,581,358.68 | $ | 167,100.37 |
| May-2022 | $ | 1,488,317.52 | $ | 1,602,482.39 | $ | (114,164.87) |
| Jun-2022 | $ | 2,411,109.61 | $ | 1,784,590.21 | $ | 626,519.40 |
| Jul-2022 | $ | 1,528,348.84 | $ | 2,031,396.40 | $ | (503,047.56) |
| Aug-2022 | $ | 1,471,934.78 | $ | 1,684,133.20 | $ | (212,198.42) |
| Sep-2022 | $ | 2,825,485.08 | $ | 2,735,817.54 | $ | 89,667.54 |
| Oct-2022 | $ | 1,683,371.04 | $ | 1,534,632.46 | $ | 148,738.58 |
| Nov-2022 | $ | 1,306,707.47 | $ | 1,247,068.99 | $ | 59,638.48 |
| Dec-2022 | $ | 2,400,873.17 | $ | 2,061,035.74 | $ | 339,837.43 |
| Jan-2023 | $ | 1,492,745.62 | $ | 1,843,213.66 | $ | (350,468.04) |
| Feb-2023 | $ | 617,828.85 | $ | 602,894.44 | $ | 14,934.41 |
| Mar-2023 | $ | 356,408.63 | $ | 738,902.42 | $ | (382,493.79) |
| Apr-2023 | $ | 735,714.19 | $ | 730,770.93 | $ | 4,943.26 |
| May-2023 | $ | 100,380.90 | $ | 126,137.41 | $ | (25,756.51) |
| Jun-2023 | $ | - | $ | 373.34 | $ | (373.34) |
| Jul-2023 | $ | 6,000.00 | $ | 232.47 | $ | 5,767.53 |
| Aug-2023 | $ | 10,092.26 | $ | 214.61 | $ | 9,877.65 |
| **Total** | **$** | **77,081,624.32** | **$** | **77,131,777.02** | **$** | **(50,152.70)** |

\* A "Collection Account – Charge Off Credit" to the Debtor's M&T Bank account ending in
4250 occurred on August 15, 2023, and the account was presumably closed thereafter.

# Exhibit 2

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
**Summary of Deposits and Withdrawals related to CFG Merchant Solutions, LLC**
**For the Period of January 1, 2019, to August 15, 2023 \***
*Source: M&T Bank, account statements for Broughton Construction Co., LLC, account ending in 4250, for the period of January 1, 2019, to August 31, 2023.*

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS | WITHDRAWALS & OTHER DEBITS |
|---|---|---|---|
| 07/31/2019 | CFG MERCHANT SOL 8446623467 844.662.3467 | $ - | $ 2,999.00 |
| 08/01/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#2 | $ - | $ 2,999.00 |
| 08/02/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#3 | $ - | $ 2,999.00 |
| 08/05/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#4 | $ - | $ 2,999.00 |
| 08/06/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#5 | $ - | $ 2,999.00 |
| 08/07/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#6 | $ - | $ 2,999.00 |
| 08/08/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#7 | $ - | $ 2,999.00 |
| 08/09/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#8 | $ - | $ 2,999.00 |
| 08/12/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#9 | $ - | $ 2,999.00 |
| 08/13/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#10 | $ - | $ 2,999.00 |
| 08/14/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#11 | $ - | $ 2,999.00 |
| 08/15/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#12 | $ - | $ 2,999.00 |
| 08/16/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#13 | $ - | $ 2,999.00 |
| 08/19/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#14 | $ - | $ 2,999.00 |
| 08/20/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#15 | $ - | $ 2,999.00 |
| 08/21/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#16 | $ - | $ 2,999.00 |
| 08/22/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#17 | $ - | $ 2,999.00 |
| 08/23/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#18 | $ - | $ 2,999.00 |
| 08/26/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#19 | $ - | $ 2,999.00 |
| 08/27/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#20 | $ - | $ 2,999.00 |
| 08/28/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#21 | $ - | $ 2,999.00 |
| 08/29/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#22 | $ - | $ 2,999.00 |
| 08/30/2019 | INCOMING FEDWIRE FUNDS TRANSFER CFG MERCHANT SOLUTIONS LLC | $ 98,201.00 | $ - |
| 08/30/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#23 | $ - | $ 2,999.00 |
| 09/03/2019 | CFG MERCHANT SOL 8446623467 844.662.3467 | $ - | $ 2,500.00 |
| 09/03/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#24 | $ - | $ 2,999.00 |
| 09/04/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#2 | $ - | $ 2,500.00 |
| 09/04/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#25 | $ - | $ 2,999.00 |
| 09/05/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#3 | $ - | $ 2,500.00 |
| 09/05/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#26 | $ - | $ 2,999.00 |
| 09/06/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#4 | $ - | $ 2,500.00 |
| 09/06/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#27 | $ - | $ 2,999.00 |
| 09/09/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#5 | $ - | $ 2,500.00 |
| 09/09/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#28 | $ - | $ 2,999.00 |
| 09/10/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#6 | $ - | $ 2,500.00 |
| 09/10/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#29 | $ - | $ 2,999.00 |
| 09/11/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#7 | $ - | $ 2,500.00 |
| 09/11/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#30 | $ - | $ 2,999.00 |
| 09/12/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#8 | $ - | $ 2,500.00 |
| 09/12/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#31 | $ - | $ 2,999.00 |
| 09/13/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#9 | $ - | $ 2,500.00 |
| 09/13/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#32 | $ - | $ 2,999.00 |
| 09/16/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#10 | $ - | $ 2,500.00 |
| 09/16/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#33 | $ - | $ 2,999.00 |
| 09/17/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#11 | $ - | $ 2,500.00 |
| 09/17/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#34 | $ - | $ 2,999.00 |
| 09/18/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#12 | $ - | $ 2,500.00 |
| 09/18/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#35 | $ - | $ 2,999.00 |
| 09/19/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#13 | $ - | $ 2,500.00 |
| 09/19/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#36 | $ - | $ 2,999.00 |
| 09/20/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#14 | $ - | $ 2,500.00 |
| 09/20/2019 | CFG MERCHANT SOL 8446623467 844.662.3467#37 | $ - | $ 2,999.00 |
| 09/23/2019 | CFG MERCHANT SOL 8446623467 1BH0662.3467#15 | $ - | $ 2,500.00 |
| 09/23/2019 | CFG MERCHANT SOL 8446623467 1BL7662.3467#38 | $ - | $ 2,999.00 |
| 09/24/2019 | CFG MERCHANT SOL 8446623467 1G2V662.3467#16 | $ - | $ 2,500.00 |
| 09/24/2019 | CFG MERCHANT SOL 8446623467 1G74662.3467#39 | $ - | $ 2,999.00 |
| 09/25/2019 | CFG MERCHANT SOL 8446623467 1KHI662.3467#17 | $ - | $ 2,500.00 |
| 09/25/2019 | CFG MERCHANT SOL 8446623467 1KLM662.3467#40 | $ - | $ 2,999.00 |
| 09/26/2019 | CFG MERCHANT SOL 8446623467 10YW662.3467#18 | $ - | $ 2,500.00 |
| 09/26/2019 | CFG MERCHANT SOL 8446623467 1P2X662.3467#41 | $ - | $ 2,999.00 |
| 09/27/2019 | CFG MERCHANT SOL 8446623467 1TOQ662.3467#19 | $ - | $ 2,500.00 |
| 09/27/2019 | CFG MERCHANT SOL 8446623467 1TSP662.3467#42 | $ - | $ 2,999.00 |
| 09/30/2019 | CFG MERCHANT SOL 8446623467 1YIW662.3467#20 | $ - | $ 2,500.00 |
| 09/30/2019 | CFG MERCHANT SOL 8446623467 1YMU662.3467#43 | $ - | $ 2,999.00 |
| 10/01/2019 | CFG MERCHANT SOL 8446623467 2316662.3467#21 | $ - | $ 2,500.00 |
| 10/01/2019 | CFG MERCHANT SOL 8446623467 23M6662.3467#44 | $ - | $ 2,999.00 |

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
**Summary of Deposits and Withdrawals related to CFG Merchant Solutions, LLC**
**For the Period of January 1, 2019, to August 15, 2023 \***
*Source: M&T Bank, account statements for Broughton Construction Co., LLC, account ending in 4250, for the period of January 1, 2019, to August 31, 2023.*

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS | WITHDRAWALS & OTHER DEBITS |
|---|---|---|---|
| 10/02/2019 | CFG MERCHANT SOL 8446623467 287B662.3467#22 | $ - | $ 2,500.00 |
| 10/02/2019 | CFG MERCHANT SOL 8446623467 28BD662.3467#45 | $ - | $ 2,999.00 |
| 10/03/2019 | CFG MERCHANT SOL 8446623467 2DMI662.3467#23 | $ - | $ 2,500.00 |
| 10/03/2019 | CFG MERCHANT SOL 8446623467 2DQF662.3467#46 | $ - | $ 2,999.00 |
| 10/04/2019 | CFG MERCHANT SOL 8446623467 21A5662.3467#24 | $ - | $ 2,500.00 |
| 10/04/2019 | CFG MERCHANT SOL 8446623467 2IE2662.3467#47 | $ - | $ 2,999.00 |
| 10/07/2019 | CFG MERCHANT SOL 8446623467 2N4V662.3467#25 | $ - | $ 2,500.00 |
| 10/07/2019 | CFG MERCHANT SOL 8446623467 2N8S662.3467#48 | $ - | $ 2,999.00 |
| 10/08/2019 | CFG MERCHANT SOL 8446623467 2S3A662.3467#26 | $ - | $ 2,500.00 |
| 10/08/2019 | CFG MERCHANT SOL 8446623467 2S78662.3467#49 | $ - | $ 2,999.00 |
| 10/09/2019 | CFG MERCHANT SOL 8446623467 2X47662.3467#27 | $ - | $ 2,500.00 |
| 10/09/2019 | CFG MERCHANT SOL 8446623467 2X81662.3467#50 | $ - | $ 2,999.00 |
| 10/10/2019 | CFG MERCHANT SOL 8446623467 31JY662.3467#28 | $ - | $ 2,500.00 |
| 10/10/2019 | CFG MERCHANT SOL 8446623467 31NQ662.3467#51 | $ - | $ 2,999.00 |
| 10/11/2019 | CFG MERCHANT SOL 8446623467 36DI662.3467#29 | $ - | $ 2,500.00 |
| 10/11/2019 | CFG MERCHANT SOL 8446623467 36H9662.3467#52 | $ - | $ 2,999.00 |
| 10/15/2019 | CFG MERCHANT SOL 8446623467 3CCR662.3467#30 | $ - | $ 2,500.00 |
| 10/15/2019 | CFG MERCHANT SOL 8446623467 3CGG662.3467#53 | $ - | $ 2,999.00 |
| 10/16/2019 | CFG MERCHANT SOL 8446623467 3HO9662.3467#31 | $ - | $ 2,500.00 |
| 10/16/2019 | CFG MERCHANT SOL 8446623467 3HRZ662.3467#54 | $ - | $ 2,999.00 |
| 10/17/2019 | CFG MERCHANT SOL 8446623467 3MC2662.3467#32 | $ - | $ 2,500.00 |
| 10/17/2019 | CFG MERCHANT SOL 8446623467 3MFN662.3467#55 | $ - | $ 2,999.00 |
| 10/18/2019 | CFG MERCHANT SOL 8446623467 3QZV662.3467#33 | $ - | $ 2,500.00 |
| 10/18/2019 | CFG MERCHANT SOL 8446623467 3R3E662.3467#56 | $ - | $ 2,999.00 |
| 10/21/2019 | CFG MERCHANT SOL 8446623467 3VXP662.3467#34 | $ - | $ 2,500.00 |
| 10/21/2019 | CFG MERCHANT SOL 8446623467 3WOZ662.3467#57 | $ - | $ 2,999.00 |
| 10/22/2019 | CFG MERCHANT SOL 8446623467 4116662.3467#35 | $ - | $ 2,500.00 |
| 10/22/2019 | CFG MERCHANT SOL 8446623467 4145662.3467#58 | $ - | $ 2,999.00 |
| 10/23/2019 | CFG MERCHANT SOL 8446623467 45N7662.3467#36 | $ - | $ 2,500.00 |
| 10/23/2019 | CFG MERCHANT SOL 8446623467 45Q7662.3467#59 | $ - | $ 2,999.00 |
| 10/24/2019 | CFG MERCHANT SOL 8446623467 4A4X662.3467#37 | $ - | $ 2,500.00 |
| 10/24/2019 | CFG MERCHANT SOL 8446623467 4A7X662.3467#60 | $ - | $ 2,999.00 |
| 10/25/2019 | CFG MERCHANT SOL 8446623467 4ESN662.3467#38 | $ - | $ 2,500.00 |
| 10/25/2019 | CFG MERCHANT SOL 8446623467 4EVK662.3467#61 | $ - | $ 2,999.00 |
| 10/28/2019 | CFG MERCHANT SOL 8446623467 4JPH662.3467#39 | $ - | $ 2,500.00 |
| 10/28/2019 | CFG MERCHANT SOL 8446623467 4JSC662.3467#62 | $ - | $ 2,999.00 |
| 10/29/2019 | CFG MERCHANT SOL 8446623467 4OET662.3467#40 | $ - | $ 2,500.00 |
| 10/29/2019 | CFG MERCHANT SOL 8446623467 4OHP662.3467#63 | $ - | $ 2,999.00 |
| 10/30/2019 | CFG MERCHANT SOL 8446623467 4SYP662.3467#41 | $ - | $ 2,500.00 |
| 10/30/2019 | CFG MERCHANT SOL 8446623467 4T11662.3467#64 | $ - | $ 2,999.00 |
| 10/31/2019 | CFG MERCHANT SOL 8446623467 4XKH662.3467#42 | $ - | $ 2,500.00 |
| 10/31/2019 | CFG MERCHANT SOL 8446623467 4XN7662.3467#65 | $ - | $ 2,999.00 |
| 11/01/2019 | CFG MERCHANT SOL 8446623467 52F5662.3467#43 | $ - | $ 2,500.00 |
| 11/01/2019 | CFG MERCHANT SOL 8446623467 52HS662.3467#66 | $ - | $ 2,999.00 |
| 11/04/2019 | CFG MERCHANT SOL 8446623467 5706662.3467#44 | $ - | $ 2,500.00 |
| 11/04/2019 | CFG MERCHANT SOL 8446623467 57QU662.3467#67 | $ - | $ 2,999.00 |
| 11/05/2019 | CFG MERCHANT SOL 8446623467 5DH2662.3467#45 | $ - | $ 2,500.00 |
| 11/05/2019 | CFG MERCHANT SOL 8446623467 5DJN662.3467#68 | $ - | $ 2,999.00 |
| 11/06/2019 | CFG MERCHANT SOL 8446623467 5ICR662.3467#46 | $ - | $ 2,500.00 |
| 11/06/2019 | CFG MERCHANT SOL 8446623467 5IFB662.3467#69 | $ - | $ 2,999.00 |
| 11/07/2019 | CFG MERCHANT SOL 8446623467 5NBJ662.3467#47 | $ - | $ 2,500.00 |
| 11/07/2019 | CFG MERCHANT SOL 8446623467 5NE1662.3467#70 | $ - | $ 2,999.00 |
| 11/08/2019 | CFG MERCHANT SOL 8446623467 5S7C662.3467#48 | $ - | $ 2,500.00 |
| 11/08/2019 | CFG MERCHANT SOL 8446623467 5S9R662.3467#71 | $ - | $ 2,999.00 |
| 11/12/2019 | CFG MERCHANT SOL 8446623467 5XBZ662.3467#49 | $ - | $ 2,500.00 |
| 11/12/2019 | CFG MERCHANT SOL 8446623467 5XE7662.3467#72 | $ - | $ 2,999.00 |
| 11/13/2019 | CFG MERCHANT SOL 8446623467 62G0662.3467#50 | $ - | $ 2,500.00 |
| 11/13/2019 | CFG MERCHANT SOL 8446623467 6215662.3467#73 | $ - | $ 2,999.00 |
| 11/14/2019 | CFG MERCHANT SOL 8446623467 682M662.3467#51 | $ - | $ 2,500.00 |
| 11/14/2019 | CFG MERCHANT SOL 8446623467 684P662.3467#74 | $ - | $ 2,999.00 |
| 11/15/2019 | CFG MERCHANT SOL 8446623467 6CTS662.3467#52 | $ - | $ 2,500.00 |
| 11/15/2019 | CFG MERCHANT SOL 8446623467 6CVT662.3467#75 | $ - | $ 2,999.00 |
| 11/18/2019 | CFG MERCHANT SOL 8446623467 6HUY662.3467#53 | $ - | $ 2,500.00 |
| 11/18/2019 | CFG MERCHANT SOL 8446623467 6HWX662.3467#76 | $ - | $ 2,999.00 |
| 11/19/2019 | CFG MERCHANT SOL 8446623467 6N4Q662.3467#54 | $ - | $ 2,500.00 |
| 11/19/2019 | CFG MERCHANT SOL 8446623467 6N6Q662.3467#77 | $ - | $ 2,999.00 |

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
**Summary of Deposits and Withdrawals related to CFG Merchant Solutions, LLC**
**For the Period of January 1, 2019, to August 15, 2023 \***
*Source: M&T Bank, account statements for Broughton Construction Co., LLC, account ending in 4250, for the period of January 1, 2019, to August 31, 2023.*

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS | WITHDRAWALS & OTHER DEBITS |
|---|---|---|---|
| 11/20/2019 | CFG MERCHANT SOL 8446623467 6RRD662.3467#55 | $ - | $ 2,500.00 |
| 11/20/2019 | CFG MERCHANT SOL 8446623467 6RTE662.3467#78 | $ - | $ 2,999.00 |
| 11/21/2019 | CFG MERCHANT SOL 8446623467 6WEF662.3467#56 | $ - | $ 2,500.00 |
| 11/21/2019 | CFG MERCHANT SOL 8446623467 6WGD662.3467#79 | $ - | $ 2,999.00 |
| 11/22/2019 | CFG MERCHANT SOL 8446623467 718F662.3467#57 | $ - | $ 2,500.00 |
| 11/22/2019 | CFG MERCHANT SOL 8446623467 71AB662.3467#80 | $ - | $ 2,999.00 |
| 11/25/2019 | CFG MERCHANT SOL 8446623467 7650662.3467#58 | $ - | $ 2,500.00 |
| 11/25/2019 | CFG MERCHANT SOL 8446623467 767J662.3467#81 | $ - | $ 2,999.00 |
| 01/28/2020 | INCOMING FEDWIRE FUNDS TRANSFER CFG MERCHANT SOLUTIONS LLC | $ 492,500.00 | $ - |
| 01/31/2020 | CFG MERCHANT SOL 8446623467 DGWC44.662.3467 | $ - | $ 2,960.00 |
| 01/31/2020 | CFG MERCHANT SOL 8446623467 DGWE44.662.3467 | $ - | $ 9,000.00 |
| 01/31/2020 | CFG MERCHANT SOL 8446623467 DGWD44.662.3467 | $ - | $ 9,000.00 |
| 02/07/2020 | CFG MERCHANT SOL 8446623467 E7XY.662.3467#2 | $ - | $ 2,960.00 |
| 02/07/2020 | CFG MERCHANT SOL 8446623467 E7XZ.662.3467#2 | $ - | $ 9,000.00 |
| 02/07/2020 | CFG MERCHANT SOL 8446623467 E7Y0.662.3467#2 | $ - | $ 9,000.00 |
| 02/14/2020 | CFG MERCHANT SOL 8446623467 EY1Q.662.3467#3 | $ - | $ 2,960.00 |
| 02/14/2020 | CFG MERCHANT SOL 8446623467 EY1R.662.3467#3 | $ - | $ 9,000.00 |
| 02/14/2020 | CFG MERCHANT SOL 8446623467 EY1S.662.3467#3 | $ - | $ 9,000.00 |
| 02/21/2020 | CFG MERCHANT SOL 8446623467 FJ4V.662.3467#4 | $ - | $ 2,960.00 |
| 02/21/2020 | CFG MERCHANT SOL 8446623467 FJ4W.662.3467#4 | $ - | $ 9,000.00 |
| 02/21/2020 | CFG MERCHANT SOL 8446623467 FJ4X.662.3467#4 | $ - | $ 9,000.00 |
| 02/28/2020 | CFG MERCHANT SOL 8446623467 G8IZ.662.3467#5 | $ - | $ 2,960.00 |
| 02/28/2020 | CFG MERCHANT SOL 8446623467 G8J0.662.3467#5 | $ - | $ 9,000.00 |
| 02/28/2020 | CFG MERCHANT SOL 8446623467 G8J1.662.3467#5 | $ - | $ 9,000.00 |
| 03/06/2020 | CFG MERCHANT SOL 8446623467 GZVN.662.3467#6 | $ - | $ 2,960.00 |
| 03/06/2020 | CFG MERCHANT SOL 8446623467 GZVO.662.3467#6 | $ - | $ 9,000.00 |
| 03/06/2020 | CFG MERCHANT SOL 8446623467 GZVP.662.3467#6 | $ - | $ 9,000.00 |
| 03/13/2020 | INCOMING FEDWIRE FUNDS TRANSFER CFG MERCHANT SOLUTIONS LLC | $ 148,025.00 | $ - |
| 03/13/2020 | CFG MERCHANT SOL 8446623467 HRCH.662.3467#7 | $ - | $ 2,960.00 |
| 03/13/2020 | CFG MERCHANT SOL 8446623467 HRCI.662.3467#7 | $ - | $ 9,000.00 |
| 03/13/2020 | CFG MERCHANT SOL 8446623467 HRCJ.662.3467#7 | $ - | $ 9,000.00 |
| 03/20/2020 | CFG MERCHANT SOL 8446623467 IFIE.662.3467#8 | $ - | $ 9,000.00 |
| 03/20/2020 | CFG MERCHANT SOL 8446623467 IFIF.662.3467#8 | $ - | $ 9,000.00 |
| 03/20/2020 | CFG MERCHANT SOL 8446623467 IF1644.662.3467 | $ - | $ 10,460.00 |
| 03/27/2020 | CFG MERCHANT SOL 8446623467 IZJN44.662.3467 | $ - | $ 3,000.00 |
| 03/27/2020 | CFG MERCHANT SOL 8446623467 IZM8.662.3467#2 | $ - | $ 10,460.00 |
| 04/03/2020 | CFG MERCHANT SOL 8446623467 JIJ3.662.3467#2 | $ - | $ 3,000.00 |
| 04/03/2020 | CFG MERCHANT SOL 8446623467 JIJ6.662.3467#3 | $ - | $ 10,460.00 |
| 04/10/2020 | CFG MERCHANT SOL 8446623467 KOLU44.662.3467 | $ - | $ 9,000.00 |
| 04/10/2020 | CFG MERCHANT SOL 8446623467 KOLV44.662.3467 | $ - | $ 9,000.00 |
| 04/10/2020 | CFG MERCHANT SOL 8446623467 KOLF.662.3467#4 | $ - | $ 10,460.00 |
| 04/13/2020 | CFG MERCHANT SOL 8446623467 K6MC662.3467#10 | $ - | $ 9,000.00 |
| 04/13/2020 | CFG MERCHANT SOL 8446623467 K6MD662.3467#10 | $ - | $ 9,000.00 |
| 04/24/2020 | CFG MERCHANT SOL 8446623467 KZIW44.662.3467 | $ - | $ 9,000.00 |
| 04/24/2020 | CFG MERCHANT SOL 8446623467 KZIX44.662.3467 | $ - | $ 9,000.00 |
| 04/24/2020 | CFG MERCHANT SOL 8446623467 KZIY44.662.3467 | $ - | $ 10,460.00 |
| 05/01/2020 | CFG MERCHANT SOL 8446623467 00W9662.3467#12 | $ - | $ 9,000.00 |
| 05/01/2020 | CFG MERCHANT SOL 8446623467 00W8662.3467#12 | $ - | $ 9,000.00 |
| 05/01/2020 | CFG MERCHANT SOL 8446623467 00W4.662.3467#6 | $ - | $ 10,460.00 |
| 05/08/2020 | CFG MERCHANT SOL 8446623467 0J5A662.3467#13 | $ - | $ 9,000.00 |
| 05/08/2020 | CFG MERCHANT SOL 8446623467 0J59662.3467#13 | $ - | $ 9,000.00 |
| 05/08/2020 | CFG MERCHANT SOL 8446623467 0J54.662.3467#7 | $ - | $ 10,460.00 |
| 05/15/2020 | CFG MERCHANT SOL 8446623467 10QK662.3467#14 | $ - | $ 9,000.00 |
| 05/15/2020 | CFG MERCHANT SOL 8446623467 10QL662.3467#14 | $ - | $ 9,000.00 |
| 05/15/2020 | CFG MERCHANT SOL 8446623467 10QG.662.3467#8 | $ - | $ 10,460.00 |
| 05/22/2020 | CFG MERCHANT SOL 8446623467 1IXU662.3467#15 | $ - | $ 9,000.00 |
| 05/22/2020 | CFG MERCHANT SOL 8446623467 1IXV662.3467#15 | $ - | $ 9,000.00 |
| 05/22/2020 | CFG MERCHANT SOL 8446623467 1IXQ.662.3467#9 | $ - | $ 10,460.00 |
| 05/29/2020 | CFG MERCHANT SOL 8446623467 1XIR662.3467#16 | $ - | $ 9,000.00 |
| 05/29/2020 | CFG MERCHANT SOL 8446623467 1XIS662.3467#16 | $ - | $ 9,000.00 |
| 05/29/2020 | CFG MERCHANT SOL 8446623467 1XIN662.3467#10 | $ - | $ 10,460.00 |
| 06/05/2020 | CFG MERCHANT SOL 8446623467 2FZ9662.3467#17 | $ - | $ 9,000.00 |
| 06/05/2020 | CFG MERCHANT SOL 8446623467 2FZA662.3467#17 | $ - | $ 9,000.00 |
| 06/05/2020 | CFG MERCHANT SOL 8446623467 2FZ5662.3467#11 | $ - | $ 10,460.00 |
| 06/12/2020 | CFG MERCHANT SOL 8446623467 2Y9N662.3467#18 | $ - | $ 9,000.00 |
| 06/12/2020 | CFG MERCHANT SOL 8446623467 2Y90662.3467#18 | $ - | $ 9,000.00 |

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
**Summary of Deposits and Withdrawals related to CFG Merchant Solutions, LLC**
**For the Period of January 1, 2019, to August 15, 2023 ***
*Source: M&T Bank, account statements for Broughton Construction Co., LLC, account ending in 4250, for the period of January 1, 2019, to August 31, 2023.*

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS | WITHDRAWALS & OTHER DEBITS |
|---|---|---|---|
| 06/12/2020 | CFG MERCHANT SOL 8446623467 2Y9J662.3467#12 | $ - | $ 10,460.00 |
| 06/19/2020 | CFG MERCHANT SOL 8446623467 3G4U662.3467#19 | $ - | $ 9,000.00 |
| 06/19/2020 | CFG MERCHANT SOL 8446623467 3G4V662.3467#19 | $ - | $ 9,000.00 |
| 06/19/2020 | CFG MERCHANT SOL 8446623467 3G4Q662.3467#13 | $ - | $ 10,460.00 |
| 06/26/2020 | CFG MERCHANT SOL 8446623467 3V04662.3467#20 | $ - | $ 9,000.00 |
| 06/26/2020 | CFG MERCHANT SOL 8446623467 3V05662.3467#20 | $ - | $ 9,000.00 |
| 06/26/2020 | CFG MERCHANT SOL 8446623467 3V00662.3467#14 | $ - | $ 10,460.00 |
| 07/03/2020 | CFG MERCHANT SOL 8446623467 4AYG662.3467#21 | $ - | $ 9,000.00 |
| 07/03/2020 | CFG MERCHANT SOL 8446623467 4AYH662.3467#21 | $ - | $ 9,000.00 |
| 07/03/2020 | CFG MERCHANT SOL 8446623467 4AYC662.3467#15 | $ - | $ 10,460.00 |
| 07/10/2020 | CFG MERCHANT SOL 8446623467 4QJG662.3467#22 | $ - | $ 9,000.00 |
| 07/10/2020 | CFG MERCHANT SOL 8446623467 4QJH662.3467#22 | $ - | $ 9,000.00 |
| 07/10/2020 | CFG MERCHANT SOL 8446623467 4QJD662.3467#16 | $ - | $ 10,460.00 |
| 07/17/2020 | CFG MERCHANT SOL 8446623467 560L662.3467#23 | $ - | $ 9,000.00 |
| 07/17/2020 | CFG MERCHANT SOL 8446623467 560K662.3467#23 | $ - | $ 9,000.00 |
| 07/17/2020 | CFG MERCHANT SOL 8446623467 560H662.3467#17 | $ - | $ 10,460.00 |
| 07/24/2020 | CFG MERCHANT SOL 8446623467 5LEW662.3467#24 | $ - | $ 9,000.00 |
| 07/24/2020 | CFG MERCHANT SOL 8446623467 5LEX662.3467#24 | $ - | $ 9,000.00 |
| 07/24/2020 | CFG MERCHANT SOL 8446623467 5LET662.3467#18 | $ - | $ 10,460.00 |
| 07/31/2020 | CFG MERCHANT SOL 8446623467 6180662.3467#25 | $ - | $ 9,000.00 |
| 07/31/2020 | CFG MERCHANT SOL 8446623467 617Z662.3467#25 | $ - | $ 9,000.00 |
| 07/31/2020 | CFG MERCHANT SOL 8446623467 617W662.3467#19 | $ - | $ 10,460.00 |
| 08/07/2020 | CFG MERCHANT SOL 8446623467 6IK7662.3467#26 | $ - | $ 9,000.00 |
| 08/07/2020 | CFG MERCHANT SOL 8446623467 6IK8662.3467#26 | $ - | $ 9,000.00 |
| 08/07/2020 | CFG MERCHANT SOL 8446623467 6IK4662.3467#20 | $ - | $ 10,460.00 |
| 08/14/2020 | CFG MERCHANT SOL 8446623467 6YUN662.3467#27 | $ - | $ 9,000.00 |
| 08/14/2020 | CFG MERCHANT SOL 8446623467 6YUM662.3467#27 | $ - | $ 9,000.00 |
| 08/14/2020 | CFG MERCHANT SOL 8446623467 6YUJ662.3467#21 | $ - | $ 10,460.00 |
| 08/21/2020 | CFG MERCHANT SOL 8446623467 7FCG662.3467#28 | $ - | $ 9,000.00 |
| 08/21/2020 | CFG MERCHANT SOL 8446623467 7FCH662.3467#28 | $ - | $ 9,000.00 |
| 08/21/2020 | CFG MERCHANT SOL 8446623467 7FCD662.3467#22 | $ - | $ 10,460.00 |
| 08/28/2020 | CFG MERCHANT SOL 8446623467 7VXG662.3467#29 | $ - | $ 9,000.00 |
| 08/28/2020 | CFG MERCHANT SOL 8446623467 7VXH662.3467#29 | $ - | $ 9,000.00 |
| 08/28/2020 | CFG MERCHANT SOL 8446623467 7VXD662.3467#23 | $ - | $ 10,460.00 |
| 09/04/2020 | CFG MERCHANT SOL 8446623467 8EFL662.3467#30 | $ - | $ 9,000.00 |
| 09/04/2020 | CFG MERCHANT SOL 8446623467 8EFK662.3467#30 | $ - | $ 9,000.00 |
| 09/04/2020 | CFG MERCHANT SOL 8446623467 8EFH662.3467#24 | $ - | $ 10,460.00 |
| 09/11/2020 | CFG MERCHANT SOL 8446623467 8TPL662.3467#31 | $ - | $ 9,000.00 |
| 09/11/2020 | CFG MERCHANT SOL 8446623467 8TPK662.3467#31 | $ - | $ 9,000.00 |
| 09/11/2020 | CFG MERCHANT SOL 8446623467 8TPH662.3467#25 | $ - | $ 10,460.00 |
| 09/18/2020 | CFG MERCHANT SOL 8446623467 9BWH662.3467#32 | $ - | $ 9,000.00 |
| 09/18/2020 | CFG MERCHANT SOL 8446623467 9BWG662.3467#32 | $ - | $ 9,000.00 |
| 09/18/2020 | CFG MERCHANT SOL 8446623467 9BTV44.662.3467 | $ - | $ 10,355.00 |
| 01/08/2021 | CFG MERCHANT SOL 8446623467 HO8544.662.3467 | $ - | $ 8,995.00 |
| 01/08/2021 | CFG MERCHANT SOL 8446623467 HO8644.662.3467 | $ - | $ 10,000.00 |
| 01/11/2021 | CFG MERCHANT SOL 8446623467 HS9C.662.3467#2 | $ - | $ 8,995.00 |
| 01/15/2021 | CFG MERCHANT SOL 8446623467 1823.662.3467#2 | $ - | $ 10,000.00 |
| 01/22/2021 | CFG MERCHANT SOL 8446623467 IPYS44.662.3467 | $ - | $ 8,995.00 |
| 01/22/2021 | CFG MERCHANT SOL 8446623467 IPYL.662.3467#3 | $ - | $ 10,000.00 |
| 01/29/2021 | CFG MERCHANT SOL 8446623467 JBDO.662.3467#2 | $ - | $ 8,995.00 |
| 01/29/2021 | CFG MERCHANT SOL 8446623467 JBDP.662.3467#4 | $ - | $ 10,000.00 |
| 02/05/2021 | CFG MERCHANT SOL 8446623467 JYEU.662.3467#3 | $ - | $ 8,995.00 |
| 02/05/2021 | CFG MERCHANT SOL 8446623467 JYEV.662.3467#5 | $ - | $ 10,000.00 |
| 02/12/2021 | CFG MERCHANT SOL 8446623467 KLIA.662.3467#4 | $ - | $ 8,995.00 |
| 02/12/2021 | CFG MERCHANT SOL 8446623467 KLIB.662.3467#6 | $ - | $ 10,000.00 |
| 02/19/2021 | CFG MERCHANT SOL 8446623467 L546.662.3467#5 | $ - | $ 8,995.00 |
| 02/19/2021 | CFG MERCHANT SOL 8446623467 L547.662.3467#7 | $ - | $ 10,000.00 |
| 02/26/2021 | CFG MERCHANT SOL 8446623467 0BT1.662.3467#6 | $ - | $ 8,995.00 |
| 02/26/2021 | CFG MERCHANT SOL 8446623467 0BT2.662.3467#8 | $ - | $ 10,000.00 |
| 03/05/2021 | CFG MERCHANT SOL 8446623467 OZVN.662.3467#7 | $ - | $ 8,995.00 |
| 03/05/2021 | CFG MERCHANT SOL 8446623467 0ZVO.662.3467#9 | $ - | $ 10,000.00 |
| 03/12/2021 | CFG MERCHANT SOL 8446623467 1NFK.662.3467#8 | $ - | $ 8,995.00 |
| 03/12/2021 | CFG MERCHANT SOL 8446623467 1NFL662.3467#10 | $ - | $ 10,000.00 |
| 03/19/2021 | CFG MERCHANT SOL 8446623467 29WA.662.3467#9 | $ - | $ 8,995.00 |
| 03/19/2021 | CFG MERCHANT SOL 8446623467 29WB662.3467#11 | $ - | $ 10,000.00 |
| 03/26/2021 | CFG MERCHANT SOL 8446623467 2XNE662.3467#10 | $ - | $ 8,995.00 |

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
**Summary of Deposits and Withdrawals related to CFG Merchant Solutions, LLC**
**For the Period of January 1, 2019, to August 15, 2023 \***
*Source: M&T Bank, account statements for Broughton Construction Co., LLC, account ending in 4250, for the period of January 1, 2019, to August 31, 2023.*

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS | WITHDRAWALS & OTHER DEBITS |
|---|---|---|---|
| 03/26/2021 | CFG MERCHANT SOL 8446623467 2XNF662.3467#12 | $ - | $ 10,000.00 |
| 04/02/2021 | CFG MERCHANT SOL 8446623467 3LC8662.3467#11 | $ - | $ 8,995.00 |
| 04/02/2021 | CFG MERCHANT SOL 8446623467 3LC9662.3467#13 | $ - | $ 10,000.00 |
| 04/09/2021 | CFG MERCHANT SOL 8446623467 4A4V662.3467#12 | $ - | $ 8,995.00 |
| 04/09/2021 | CFG MERCHANT SOL 8446623467 4A4W662.3467#14 | $ - | $ 10,000.00 |
| 04/16/2021 | CFG MERCHANT SOL 8446623467 4XTZ662.3467#13 | $ - | $ 8,995.00 |
| 04/16/2021 | CFG MERCHANT SOL 8446623467 4XU0662.3467#15 | $ - | $ 10,000.00 |
| 04/21/2021 | INCOMING FEDWIRE FUNDS TRANSFER CFG MERCHANT SOLUTIONS LLC | $ 248,500.00 | $ - |
| 04/23/2021 | CFG MERCHANT SOL 8446623467 5LFT662.3467#14 | $ - | $ 8,995.00 |
| 04/23/2021 | CFG MERCHANT SOL 8446623467 5LFU662.3467#16 | $ - | $ 10,000.00 |
| 04/30/2021 | CFG MERCHANT SOL 8446623467 68YT662.3467#17 | $ - | $ 10,000.00 |
| 04/30/2021 | CFG MERCHANT SOL 8446623467 68YN44.662.3467 | $ - | $ 12,000.00 |
| 05/07/2021 | CFG MERCHANT SOL 8446623467 6Y21662.3467#18 | $ - | $ 10,000.00 |
| 05/07/2021 | CFG MERCHANT SOL 8446623467 6Y2E.662.3467#2 | $ - | $ 12,000.00 |
| 05/14/2021 | CFG MERCHANT SOL 8446623467 7MQT662.3467#19 | $ - | $ 10,000.00 |
| 05/14/2021 | CFG MERCHANT SOL 8446623467 7MQO.662.3467#3 | $ - | $ 12,000.00 |
| 05/21/2021 | CFG MERCHANT SOL 8446623467 8AL6662.3467#20 | $ - | $ 10,000.00 |
| 05/21/2021 | CFG MERCHANT SOL 8446623467 8AL1.662.3467#4 | $ - | $ 12,000.00 |
| 05/28/2021 | CFG MERCHANT SOL 8446623467 8Z11662.3467#21 | $ - | $ 10,000.00 |
| 05/28/2021 | CFG MERCHANT SOL 8446623467 8Z1E.662.3467#5 | $ - | $ 12,000.00 |
| 06/04/2021 | CFG MERCHANT SOL 8446623467 9KRL662.3467#22 | $ - | $ 10,000.00 |
| 06/04/2021 | CFG MERCHANT SOL 8446623467 9KRI.662.3467#6 | $ - | $ 12,000.00 |
| 06/11/2021 | CFG MERCHANT SOL 8446623467 A9NE662.3467#23 | $ - | $ 10,000.00 |
| 06/11/2021 | CFG MERCHANT SOL 8446623467 A9NC.662.3467#7 | $ - | $ 12,000.00 |
| 06/18/2021 | CFG MERCHANT SOL 8446623467 AYWP662.3467#24 | $ - | $ 10,000.00 |
| 06/18/2021 | CFG MERCHANT SOL 8446623467 AYWN.662.3467#8 | $ - | $ 12,000.00 |
| 06/25/2021 | CFG MERCHANT SOL 8446623467 BNKZ662.3467#25 | $ - | $ 10,000.00 |
| 06/25/2021 | CFG MERCHANT SOL 8446623467 BNKX.662.3467#9 | $ - | $ 12,000.00 |
| 07/02/2021 | CFG MERCHANT SOL 8446623467 CBZC662.3467#26 | $ - | $ 10,000.00 |
| 07/02/2021 | CFG MERCHANT SOL 8446623467 CBZA662.3467#10 | $ - | $ 12,000.00 |
| 07/09/2021 | INCOMING FEDWIRE FUNDS TRANSFER CFG MERCHANT SOLUTIONS LLC | $ 495,500.00 | $ - |
| 07/09/2021 | CFG MERCHANT SOL 8446623467 CYMF662.3467#27 | $ - | $ 10,000.00 |
| 07/09/2021 | CFG MERCHANT SOL 8446623467 CYMD662.3467#11 | $ - | $ 12,000.00 |
| 07/16/2021 | CFG MERCHANT SOL 8446623467 DNMQ44.662.3467 | $ - | $ 13,000.00 |
| 07/16/2021 | CFG MERCHANT SOL 8446623467 DNMS44.662.3467 | $ - | $ 15,000.00 |
| 07/23/2021 | CFG MERCHANT SOL 8446623467 ECZZ662.3467#13 | $ - | $ 13,000.00 |
| 07/23/2021 | CFG MERCHANT SOL 8446623467 ED01662.3467#29 | $ - | $ 15,000.00 |
| 07/30/2021 | CFG MERCHANT SOL 8446623467 F2EV662.3467#14 | $ - | $ 13,000.00 |
| 07/30/2021 | CFG MERCHANT SOL 8446623467 F2EX662.3467#30 | $ - | $ 15,000.00 |
| 08/06/2021 | CFG MERCHANT SOL 8446623467 FTDD662.3467#15 | $ - | $ 13,000.00 |
| 08/06/2021 | CFG MERCHANT SOL 8446623467 FTDF662.3467#31 | $ - | $ 15,000.00 |
| 08/13/2021 | CFG MERCHANT SOL 8446623467 GJQK662.3467#16 | $ - | $ 13,000.00 |
| 08/13/2021 | CFG MERCHANT SOL 8446623467 GJQM662.3467#32 | $ - | $ 15,000.00 |
| 08/20/2021 | CFG MERCHANT SOL 8446623467 H92S662.3467#17 | $ - | $ 13,000.00 |
| 08/20/2021 | CFG MERCHANT SOL 8446623467 H92U662.3467#33 | $ - | $ 15,000.00 |
| 08/27/2021 | CFG MERCHANT SOL 8446623467 HY9X662.3467#18 | $ - | $ 13,000.00 |
| 08/27/2021 | CFG MERCHANT SOL 8446623467 HY9Z662.3467#34 | $ - | $ 15,000.00 |
| 09/03/2021 | CFG MERCHANT SOL 8446623467 IPFC662.3467#19 | $ - | $ 13,000.00 |
| 09/03/2021 | CFG MERCHANT SOL 8446623467 IPFE662.3467#35 | $ - | $ 15,000.00 |
| 09/10/2021 | CFG MERCHANT SOL 8446623467 JBGS662.3467#20 | $ - | $ 13,000.00 |
| 09/10/2021 | CFG MERCHANT SOL 8446623467 JBGU662.3467#36 | $ - | $ 15,000.00 |
| 09/17/2021 | CFG MERCHANT SOL 8446623467 K2IX662.3467#21 | $ - | $ 13,000.00 |
| 09/17/2021 | CFG MERCHANT SOL 8446623467 K2IZ662.3467#37 | $ - | $ 15,000.00 |
| 09/24/2021 | CFG MERCHANT SOL 8446623467 KRW6662.3467#22 | $ - | $ 13,000.00 |
| 09/24/2021 | CFG MERCHANT SOL 8446623467 KRW8662.3467#38 | $ - | $ 15,000.00 |
| 10/01/2021 | CFG MERCHANT SOL 8446623467 01R4662.3467#23 | $ - | $ 13,000.00 |
| 10/01/2021 | CFG MERCHANT SOL 8446623467 01R6662.3467#39 | $ - | $ 15,000.00 |
| 10/08/2021 | CFG MERCHANT SOL 8446623467 OSSN662.3467#24 | $ - | $ 13,000.00 |
| 10/08/2021 | CFG MERCHANT SOL 8446623467 OSSP662.3467#40 | $ - | $ 15,000.00 |
| 10/15/2021 | CFG MERCHANT SOL 8446623467 1FCQ662.3467#25 | $ - | $ 13,000.00 |
| 10/15/2021 | CFG MERCHANT SOL 8446623467 1FCS662.3467#41 | $ - | $ 15,000.00 |
| 10/22/2021 | CFG MERCHANT SOL 8446623467 24PR662.3467#26 | $ - | $ 13,000.00 |
| 10/22/2021 | CFG MERCHANT SOL 8446623467 24PT662.3467#42 | $ - | $ 15,000.00 |
| 10/29/2021 | CFG MERCHANT SOL 8446623467 2TG279-33083#27 | $ - | $ 13,000.00 |
| 10/29/2021 | CFG MERCHANT SOL 8446623467 2TG479-30154#43 | $ - | $ 15,000.00 |
| 11/05/2021 | INCOMING FEDWIRE FUNDS TRANSFER CFG MERCHANT SOLUTIONS LLC | $ 297,000.00 | $ - |

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
**Summary of Deposits and Withdrawals related to CFG Merchant Solutions, LLC**
**For the Period of January 1, 2019, to August 15, 2023 ***
*Source: M&T Bank, account statements for Broughton Construction Co., LLC, account ending in 4250, for the period of January 1, 2019, to August 31, 2023.*

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS | | WITHDRAWALS & OTHER DEBITS | |
|---|---|---|---|---|---|
| 11/05/2021 | CFG MERCHANT SOL 8446623467 3JW879-33083#28 | $ | - | $ | 13,000.00 |
| 11/05/2021 | CFG MERCHANT SOL 8446623467 3JWA79-30154#44 | $ | - | $ | 15,000.00 |
| 11/12/2021 | CFG MERCHANT SOL 8446623467 44OP79-33083#29 | $ | - | $ | 13,000.00 |
| 11/12/2021 | CFG MERCHANT SOL 8446623467 44OR79-30154#45 | $ | - | $ | 15,000.00 |
| 11/19/2021 | CFG MERCHANT SOL 8446623467 4X0A79-33083#30 | $ | - | $ | 13,000.00 |
| 11/19/2021 | CFG MERCHANT SOL 8446623467 4X0C79-30154#46 | $ | - | $ | 15,000.00 |
| 11/26/2021 | CFG MERCHANT SOL 8446623467 5HXO79-33083#31 | $ | - | $ | 13,000.00 |
| 11/26/2021 | CFG MERCHANT SOL 8446623467 5HXQ79-30154#47 | $ | - | $ | 15,000.00 |
| 12/03/2021 | CFG MERCHANT SOL 8446623467 68V279-33083#32 | $ | - | $ | 13,000.00 |
| 12/03/2021 | CFG MERCHANT SOL 8446623467 68V479-30154#48 | $ | - | $ | 15,000.00 |
| 12/10/2021 | CFG MERCHANT SOL 8446623467 6YSM79-33083#33 | $ | - | $ | 13,000.00 |
| 12/10/2021 | CFG MERCHANT SOL 8446623467 6YSO79-30154#49 | $ | - | $ | 15,000.00 |
| 12/17/2021 | CFG MERCHANT SOL 8446623467 7PNM79-33083#34 | $ | - | $ | 13,000.00 |
| 12/17/2021 | CFG MERCHANT SOL 8446623467 7PNO79-30154#50 | $ | - | $ | 15,000.00 |
| 12/24/2021 | CFG MERCHANT SOL 8446623467 8FQB79-33083#35 | $ | - | $ | 13,000.00 |
| 12/24/2021 | CFG MERCHANT SOL 8446623467 8FQC79-30154#51 | $ | - | $ | 15,000.00 |
| 12/31/2021 | CFG MERCHANT SOL 8446623467 937P79-33083#36 | $ | - | $ | 13,000.00 |
| 12/31/2021 | CFG MERCHANT SOL 8446623467 937Q79-30154#52 | $ | - | $ | 15,000.00 |
| 01/07/2022 | CFG MERCHANT SOL 8446623467 9RII79-33083#37 | $ | - | $ | 13,000.00 |
| 01/07/2022 | CFG MERCHANT SOL 8446623467 9RIJ79-30154#53 | $ | - | $ | 15,000.00 |
| 01/14/2022 | CFG MERCHANT SOL 8446623467 AHOC79-33083#38 | $ | - | $ | 13,000.00 |
| 01/14/2022 | CFG MERCHANT SOL 8446623467 AHOD79-30154#54 | $ | - | $ | 15,000.00 |
| 01/21/2022 | CFG MERCHANT SOL 8446623467 B2UH79-33083#39 | $ | - | $ | 13,000.00 |
| 01/21/2022 | CFG MERCHANT SOL 8446623467 B2UI79-30154#55 | $ | - | $ | 15,000.00 |
| 01/28/2022 | CFG MERCHANT SOL 8446623467 BRNW79-33083#40 | $ | - | $ | 13,000.00 |
| 01/28/2022 | CFG MERCHANT SOL 8446623467 BRNX79-30154#56 | $ | - | $ | 15,000.00 |
| 02/04/2022 | CFG MERCHANT SOL 8446623467 CI6L79-33083#41 | $ | - | $ | 13,000.00 |
| 02/04/2022 | CFG MERCHANT SOL 8446623467 CI6M79-30154#57 | $ | - | $ | 15,000.00 |
| 02/11/2022 | CFG MERCHANT SOL 8446623467 D81E79-33083#42 | $ | - | $ | 13,000.00 |
| 02/11/2022 | CFG MERCHANT SOL 8446623467 D81F79-30154#58 | $ | - | $ | 15,000.00 |
| 02/15/2022 | INCOMING FEDWIRE FUNDS TRANSFER CFG MERCHANT SOLUTIONS LLC | $ | 262,000.00 | $ | - |
| 02/18/2022 | CFG MERCHANT SOL 8446623467 DZBB79-33083#43 | $ | - | $ | 13,000.00 |
| 02/18/2022 | CFG MERCHANT SOL 8446623467 DZBC79-30154#59 | $ | - | $ | 15,000.00 |
| 02/25/2022 | CFG MERCHANT SOL 8446623467 ELOG79-30154#60 | $ | - | $ | 15,000.00 |
| 02/25/2022 | CFG MERCHANT SOL 8446623467 ELOF3179-33083 | $ | - | $ | 24,000.00 |
| 03/04/2022 | CFG MERCHANT SOL 8446623467 FCFP79-30154#61 | $ | - | $ | 15,000.00 |
| 03/04/2022 | CFG MERCHANT SOL 8446623467 FCFO79-33083#45 | $ | - | $ | 24,000.00 |
| 03/11/2022 | CFG MERCHANT SOL 8446623467 G31C79-30154#62 | $ | - | $ | 15,000.00 |
| 03/11/2022 | CFG MERCHANT SOL 8446623467 G31B79-33083#46 | $ | - | $ | 24,000.00 |
| 03/18/2022 | CFG MERCHANT SOL 8446623467 GUW279-30154#63 | $ | - | $ | 15,000.00 |
| 03/18/2022 | CFG MERCHANT SOL 8446623467 GUW179-33083#47 | $ | - | $ | 24,000.00 |
| 03/25/2022 | CFG MERCHANT SOL 8446623467 HL7L79-30154#64 | $ | - | $ | 15,000.00 |
| 03/25/2022 | CFG MERCHANT SOL 8446623467 HL7K79-33083#48 | $ | - | $ | 24,000.00 |
| 04/01/2022 | CFG MERCHANT SOL 8446623467 3179-30154#65 | $ | - | $ | 15,000.00 |
| 04/01/2022 | CFG MERCHANT SOL 8446623467 3179-33083#49 | $ | - | $ | 24,000.00 |
| 04/07/2022 | INCOMING FEDWIRE FUNDS TRANSFER CFG MERCHANT SOLUTIONS LLC | $ | 182,000.00 | $ | - |
| 04/08/2022 | CFG MERCHANT SOL 8446623467 J3DN79-30154#66 | $ | - | $ | 15,000.00 |
| 04/08/2022 | CFG MERCHANT SOL 8446623467 J3DM79-33083#50 | $ | - | $ | 24,000.00 |
| 04/15/2022 | CFG MERCHANT SOL 8446623467 JVSX79-30154#67 | $ | - | $ | 15,000.00 |
| 04/22/2022 | CFG MERCHANT SOL 8446623467 KMAA79-30154#68 | $ | - | $ | 15,000.00 |
| 04/22/2022 | CFG MERCHANT SOL 8446623467 KQGO | $ | - | $ | 24,000.00 |
| 04/29/2022 | CFG MERCHANT SOL 8446623467 LCFN79-30154#69 | $ | - | $ | 15,000.00 |
| 04/29/2022 | CFG MERCHANT SOL 8446623467 LCFF2 | $ | - | $ | 24,000.00 |
| 05/06/2022 | CFG MERCHANT SOL 8446623467 004G79-30154#70 | $ | - | $ | 15,000.00 |
| 05/06/2022 | CFG MERCHANT SOL 8446623467 00493 | $ | - | $ | 24,000.00 |
| 05/16/2022 | CFG MERCHANT SOL 8446623467 1CT779-30154#71 | $ | - | $ | 15,000.00 |
| 05/16/2022 | CFG MERCHANT SOL 8446623467 1CT04 | $ | - | $ | 24,000.00 |
| 05/20/2022 | CFG MERCHANT SOL 8446623467 1WC179-30154#72 | $ | - | $ | 15,000.00 |
| 05/20/2022 | CFG MERCHANT SOL 8446623467 1WBV5 | $ | - | $ | 24,000.00 |
| 05/27/2022 | CFG MERCHANT SOL 8446623467 2BS879-30154#73 | $ | - | $ | 15,000.00 |
| 05/27/2022 | CFG MERCHANT SOL 8446623467 2BS26 | $ | - | $ | 24,000.00 |
| 06/03/2022 | CFG MERCHANT SOL 8446623467 3179-30154#74 | $ | - | $ | 15,000.00 |
| 06/03/2022 | CFG MERCHANT SOL 8446623467 7 | $ | - | $ | 24,000.00 |
| 06/10/2022 | CFG MERCHANT SOL 8446623467 3179-30154#75 | $ | - | $ | 15,000.00 |
| 06/10/2022 | CFG MERCHANT SOL 8446623467 8 | $ | - | $ | 24,000.00 |
| 06/17/2022 | CFG MERCHANT SOL 8446623467 3179-30154#76 | $ | - | $ | 15,000.00 |

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
**Summary of Deposits and Withdrawals related to CFG Merchant Solutions, LLC**
**For the Period of January 1, 2019, to August 15, 2023 ***
*Source: M&T Bank, account statements for Broughton Construction Co., LLC, account ending in 4250, for the period of January 1, 2019, to August 31, 2023.*

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS | WITHDRAWALS & OTHER DEBITS |
|---|---|---|---|
| 06/17/2022 | CFG MERCHANT SOL 8446623467 9 | $ - | $ 24,000.00 |
| 06/24/2022 | CFG MERCHANT SOL 8446623467 3179-30154#77 | $ - | $ 15,000.00 |
| 06/24/2022 | CFG MERCHANT SOL 8446623467 10 | $ - | $ 24,000.00 |
| 07/01/2022 | CFG MERCHANT SOL 8446623467 3179-30154#78 | $ - | $ 15,000.00 |
| 07/01/2022 | CFG MERCHANT SOL 8446623467 11 | $ - | $ 24,000.00 |
| 07/08/2022 | CFG MERCHANT SOL 8446623467 3179-30154#79 | $ - | $ 15,000.00 |
| 07/08/2022 | CFG MERCHANT SOL 8446623467 12 | $ - | $ 24,000.00 |
| 07/15/2022 | CFG MERCHANT SOL 8446623467 3179-30154#80 | $ - | $ 15,000.00 |
| 07/15/2022 | CFG MERCHANT SOL 8446623467 13 | $ - | $ 24,000.00 |
| 07/22/2022 | CFG MERCHANT SOL 8446623467 3179-30154#81 | $ - | $ 15,000.00 |
| 07/22/2022 | CFG MERCHANT SOL 8446623467 14 | $ - | $ 24,000.00 |
| 07/29/2022 | CFG MERCHANT SOL 8446623467 3179-30154#82 | $ - | $ 15,000.00 |
| 07/29/2022 | CFG MERCHANT SOL 8446623467 15 | $ - | $ 24,000.00 |
| 08/02/2022 | INCOMING FEDWIRE FUNDS TRANSFER CFG MERCHANT SOLUTIONS LLC | $ 501,421.00 | $ - |
| 08/05/2022 | CFGMS - MAS 8446623467 844-662-3467 | $ - | $ 18,000.00 |
| 08/05/2022 | CFG MERCHANT SOL 8446623467 16 | $ - | $ 24,000.00 |
| 08/12/2022 | CFGMS - MAS 8446623467 844-662-3467#2 | $ - | $ 18,000.00 |
| 08/12/2022 | CFG MERCHANT SOL 8446623467 17 | $ - | $ 24,000.00 |
| 08/19/2022 | CFGMS - MAS 8446623467 844-662-3467#3 | $ - | $ 18,000.00 |
| 08/19/2022 | CFG MERCHANT SOL 8446623467 18 | $ - | $ 24,000.00 |
| 08/26/2022 | CFGMS - MAS 8446623467 844-662-3467#4 | $ - | $ 18,000.00 |
| 08/26/2022 | CFG MERCHANT SOL 8446623467 19 | $ - | $ 24,000.00 |
| 09/02/2022 | CFGMS - MAS 8446623467 844-662-3467#5 | $ - | $ 18,000.00 |
| 09/02/2022 | CFG MERCHANT SOL 8446623467 20 | $ - | $ 24,000.00 |
| 09/09/2022 | CFGMS - MAS 8446623467 844-662-3467#6 | $ - | $ 18,000.00 |
| 09/09/2022 | CFG MERCHANT SOL 8446623467 21 | $ - | $ 24,000.00 |
| 09/16/2022 | CFGMS - MAS 8446623467 844-662-3467#7 | $ - | $ 18,000.00 |
| 09/16/2022 | CFG MERCHANT SOL 8446623467 22 | $ - | $ 24,000.00 |
| 09/23/2022 | CFGMS - MAS 8446623467 844-662-3467#8 | $ - | $ 18,000.00 |
| 09/23/2022 | CFG MERCHANT SOL 8446623467 23 | $ - | $ 24,000.00 |
| 09/30/2022 | CFGMS - MAS 8446623467 844-662-3467#9 | $ - | $ 18,000.00 |
| 09/30/2022 | CFG MERCHANT SOL 8446623467 24 | $ - | $ 24,000.00 |
| 10/07/2022 | CFGMS - MAS 8446623467 844-662-3467#10 | $ - | $ 18,000.00 |
| 10/07/2022 | CFG MERCHANT SOL 8446623467 25 | $ - | $ 24,000.00 |
| 10/14/2022 | CFGMS - MAS 8446623467 844-662-3467#11 | $ - | $ 18,000.00 |
| 10/14/2022 | CFG MERCHANT SOL 8446623467 26 | $ - | $ 24,000.00 |
| 10/21/2022 | CFGMS - MAS 8446623467 844-662-3467#12 | $ - | $ 18,000.00 |
| 10/21/2022 | CFG MERCHANT SOL 8446623467 27 | $ - | $ 24,000.00 |
| 10/28/2022 | CFGMS - MAS 8446623467 844-662-3467#13 | $ - | $ 18,000.00 |
| 10/28/2022 | CFG MERCHANT SOL 8446623467 28 | $ - | $ 24,000.00 |
| 11/01/2022 | INCOMING FEDWIRE FUNDS TRANSFER CFG MERCHANT SOLUTIONS LLC | $ 296,821.00 | $ - |
| 11/04/2022 | CFGMS - MAS 8446623467 844-662-3467#14 | $ - | $ 18,000.00 |
| 11/04/2022 | CFG MERCHANT SOL 8446623467 29 | $ - | $ 24,000.00 |
| 11/14/2022 | CFGMS - MAS 8446623467 844-662-3467#15 | $ - | $ 18,000.00 |
| 11/14/2022 | CFG MERCHANT SOL 8446623467 30 | $ - | $ 24,000.00 |
| 11/18/2022 | CFGMS - MAS 8446623467 844-662-3467#16 | $ - | $ 18,000.00 |
| 11/18/2022 | CFG MERCHANT SOL 8446623467 31 | $ - | $ 24,000.00 |
| 11/25/2022 | CFGMS - MAS 8446623467 844-662-3467#17 | $ - | $ 18,000.00 |
| 11/25/2022 | CFG MERCHANT SOL 8446623467 32 | $ - | $ 24,000.00 |
| 12/02/2022 | CFGMS - MAS 8446623467 844-662-3467#18 | $ - | $ 18,000.00 |
| 12/02/2022 | CFG MERCHANT SOL 8446623467 33 | $ - | $ 24,000.00 |
| 12/09/2022 | CFGMS - MAS 8446623467 844-662-3467#19 | $ - | $ 18,000.00 |
| 12/09/2022 | CFG MERCHANT SOL 8446623467 34 | $ - | $ 24,000.00 |
| 12/16/2022 | CFGMS - MAS 8446623467 844-662-3467#20 | $ - | $ 18,000.00 |
| 12/16/2022 | CFG MERCHANT SOL 8446623467 35 | $ - | $ 24,000.00 |
| 12/23/2022 | CFGMS - MAS 8446623467 844-662-3467#21 | $ - | $ 18,000.00 |
| 12/23/2022 | CFG MERCHANT SOL 8446623467 36 | $ - | $ 24,000.00 |
| 12/30/2022 | CFGMS - MAS 8446623467 844-662-3467#22 | $ - | $ 18,000.00 |
| 12/30/2022 | CFG MERCHANT SOL 8446623467 37 | $ - | $ 24,000.00 |
| 01/06/2023 | CFGMS - MAS 8446623467 844-662-3467#23 | $ - | $ 18,000.00 |
| 01/06/2023 | CFG MERCHANT SOL 8446623467 38 | $ - | $ 24,000.00 |
| 01/13/2023 | CFGMS - MAS 8446623467 844-662-3467#24 | $ - | $ 18,000.00 |
| 01/13/2023 | CFG MERCHANT SOL 8446623467 39 | $ - | $ 24,000.00 |
| 01/19/2023 | INCOMING FEDWIRE FUNDS TRANSFER CFG MERCHANT SOLUTIONS LLC | $ 276,421.00 | $ - |
| 01/20/2023 | CFGMS - MAS 8446623467 844-662-3467#25 | $ - | $ 18,000.00 |
| 01/20/2023 | CFG MERCHANT SOL 8446623467 40 | $ - | $ 24,000.00 |

*Wendell Webster v. CFG Merchant Solutions, LLC*
Adv. No. 25-10055-ELG
**Summary of Deposits and Withdrawals related to CFG Merchant Solutions, LLC**
**For the Period of January 1, 2019, to August 15, 2023 \***
*Source: M&T Bank, account statements for Broughton Construction Co., LLC, account ending in 4250, for the period of January 1, 2019, to August 31, 2023.*

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS | WITHDRAWALS & OTHER DEBITS |
|---|---|---|---|
| 01/27/2023 | CFGMS - MAS 8446623467 844-662-3467#26 | $ - | $ 18,000.00 |
| 01/27/2023 | CFG MERCHANT SOL 8446623467 41 | $ - | $ 24,000.00 |
| 02/03/2023 | CFGMS - MAS 8446623467 844-662-3467#27 | $ - | $ 18,000.00 |
| 02/03/2023 | CFG MERCHANT SOL 8446623467 42 | $ - | $ 24,000.00 |
| 03/03/2023 | CFGMS - MAS 8446623467 844-662-3467 | $ - | $ 10,000.00 |
| 03/10/2023 | CFGMS - MAS 8446623467 844-662-3467#2 | $ - | $ 10,000.00 |
| 03/17/2023 | CFGMS - MAS 8446623467 844-662-3467#3 | $ - | $ 10,000.00 |
| 04/27/2023 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH CFG MERCHANT SOLUTIONS LLC | $ - | $ 3,000.00 |
| | | **$ 3,298,389.00** | **$ 4,744,414.00** |

\* A "Collection Account – Charge Off Credit" to the Debtor's M&T Bank account ending in 4250 occurred on August 15, 2023, and the account was presumably closed thereafter.

Page 8 of 8